# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,646,123**

## United States Patent and Trademark Office    Registered May 28, 1991

### TRADEMARK
### PRINCIPAL REGISTER

## LUCKY BRAND

MONTESANO, GENE (UNITED STATES CITI-
ZEN)
935 EAST 12TH STREET
LOS ANGELES, CA 90021

    FOR: MEN'S JEANS AND SHIRTS, IN CLASS
25 (U.S. CL. 39).
    FIRST USE 6–5–1990; IN COMMERCE
6–5–1990.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

    SER. NO. 74–082,798, FILED 7–30–1990.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,739,962
Registered Dec. 15, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY YOU

LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
1617 EAST SEVENTH STREET, #18
LOS ANGELES, CA 90021

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-7-1990; IN COMMERCE 12-7-1990.

OWNER OF U.S. REG. NO. 1,646,123.

SER. NO. 74-267,253, FILED 4-20-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,886,118
Registered Mar. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12–0–1990; IN COMMERCE 12–0–1990.

OWNER OF U.S. REG. NOS. 1,646,123 AND 1,739,962.

THE DESIGN PORTION OF THE MARK CONSISTS OF A RECTANGULAR CLOTH LABEL SEWN AND POSITIONED VERTICALLY ON THE INSIDE OF THE FRONT FLY OF A PAIR OF PANTS AND TWO FOUR LEAF CLOVERS. THE BROKEN LINES IN THE DRAWING ARE NOT A PART OF THE MARK AND NO CLAIM IS MADE TO THEM. THEY SERVE ONLY TO SHOW THE POSITION OF THE MARK.

SER. NO. 74–384,152, FILED 4–29–1993.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 2,050,091

Registered Apr. 8, 1997

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 12–0–1990; IN COMMERCE
12–0–1990.
THE MARK CONSISTS OF A RECTANGU-
LAR CLOTH LABEL SEWN AND POSITIONED
VERTICALLY ON THE INSIDE OF THE

FRONT FLY OF A PAIR OF PANTS. THE
BROKEN LINES IN THE DRAWING ARE NOT
A PART OF THE MARK AND NO CLAIM IS
MADE TO THEM. THEY SERVE ONLY TO
SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74–384,234, FILED 4–29–1993.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,113,726

Registered Nov. 18, 1997

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS, SHORTS, OVERALLS, BOTTOMS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 2–0–1993; IN COMMERCE 2–0–1993.
OWNER OF U.S. REG. NO. 1,886,118.
THE DESIGN PORTION OF THE MARK CONSISTS OF A REPRESENTATION OF A FOUR-LEAF CLOVER PUNCHED INTO A ZIPPER PULL. THE BROKEN LINES IN THE DRAWING ARE NOT A PART OF THE MARK AND NO CLAIM IS MADE TO THEM. THEY SERVE ONLY TO SHOW THE POSITION OF THE MARK.

SER. NO. 75–137,075, FILED 7–22–1996.

CYNTHIA A. MANCINI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,129,881

Registered Jan. 20, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS, SHORTS, OVERALLS, BOTTOMS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1991; IN COMMERCE 1–0–1991.

OWNER OF U.S. REG. NO. 1,886,118.

THE MARK CONSISTS OF A REPEATING FOUR-LEAF CLOVER DESIGN LOCATED ON THE INTERIOR POCKET LINING OF AN ARTICLE OF CLOTHING. THE MATTER SHOWN BY THE DOTTED LINES INDICATE THE OUTLINE OF A PAIR OF PANTS SHOWN IN PHANTOM THAT ARE NOT A PART OF THE MARK BUT SERVE ONLY TO SHOW THE POSITION OF THE MARK INSIDE THE PANTS.

SER. NO. 75–117,852, FILED 6–12–1996.

CYNTHIA A. MANCINI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,158,107

Registered May 19, 1998

### TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALI-
FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, JEANS,
SHORTS, BOTTOMS, DRESSES, SKIRTS, JUMP-
SUITS, OVERALLS, JACKETS, SHIRTS AND
HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1991; IN COMMERCE
1–0–1991.

OWNER OF U.S. REG. NOS. 1,646,123,
1,739,962, AND 1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND" AND "DUNGAREES
OF AMERICA", APART FROM THE MARK AS
SHOWN.

SER. NO. 75–118,448, FILED 6–13–1996.

JULIE CLINTON QUINN, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,306,342

## United States Patent and Trademark Office

Registered Jan. 4, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY YOU

LUCKY BRAND DUNGAREES, INC. (CALI-FORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY SHIRTS, BLOUSES, T-SHIRTS, TANK TOPS, TOPS, VESTS, SWEATERS, DRESSES, SKIRTS, JUMPERS, JUMPSUITS, ROMPERS, OVERALLS, JACKETS, BLAZERS, SPORT COATS, BOXER SHORTS, PANTS, JEANS, SHORTS, LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEATSUITS,

JOGGING SUITS, SLEEPWEAR, SOCKS, BANDANNAS, SWIMWEAR, HATS, CAPS, SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12–12–1990; IN COMMERCE 12–12–1990.

OWNER OF U.S. REG. NOS. 1,646,123, 1,739,962, AND 1,886,118.

SN 75–117,086, FILED 6–11–1996.

RADHIKA RAJU, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,400,358**

## United States Patent and Trademark Office

**Registered Oct. 31, 2000**

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (CALIFORNIA CORPORATION)
4529 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, BLOUSES, T-SHIRTS, TANK TOPS, TOPS, DRESSES, SKIRTS, JUMPERS, JUMPSUITS, ROMPERS, OVERALLS, JACKETS, BOXER SHORTS, PANTS, JEANS, SHORTS, LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEAT PANTS, SWEAT SUITS, JOGGING SUITS

SLEEPWEAR, SOCKS, BANDANNAS, SWIMWEAR, SCARVES, HATS, CAPS, VISORS, BELTS, SHOES, SNEAKERS, SANDALS, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1990; IN COMMERCE 1–0–1990.

OWNER OF U.S. REG. NO. 1,886,118.

SN 75–117,085, FILED 6–11–1996.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,469,997

## United States Patent and Trademark Office

Registered July 17, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## LUCKY ME

LUCKY BRAND DUNGAREES, INC. (CALIFOR-
NIA CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, BLOUSES,
T-SHIRTS, TANK TOPS, TOPS, VESTS, SWEATERS,
DRESSES, SKIRTS, JUMPERS, JUMP SUITS, ROM-
PERS, OVERALLS, JACKETS, BLAZERS, SPORT
COATS, BOXER SHORTS, PANTS, JEANS, SHORTS,
LEGGINGS, BOTTOMS, SWEATSHIRTS, SWEAT
PANTS, SWEAT SUITS, JOGGING SUITS, SUITS,

SLEEP WEAR, SOCKS, LEOTARDS, BODY SUITS,
TIES, BANDANNAS, SWIM WEAR, HEADBANDS,
SUSPENDERS, SCARVES, HATS, CAPS, VISORS,
BELTS, SHOES, SNEAKERS, SANDALS, BOOTS
AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

SN 75-450,495, FILED 3-16-1998.

MARY BOAGNI, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 2,583,368

## United States Patent and Trademark Office

Registered June 18, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY YOU LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: PERFUMES, COLOGNES, BODY CREAMS,
BODY LOTIONS, TALCUM POWDER, BATH SOAP,
TOILET SOAP, BATH GEL, SHOWER GEL AND
BODY SCRUB SKIN CLEANSING LOTION , IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-15-2000; IN COMMERCE 8-15-2000.

OWNER OF U.S. REG. NOS. 1,739,962 AND
1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 76-046,470, FILED 5-9-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,655,004
Registered Nov. 26, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BLVD.
VERNON, CA 90058

FOR: RETAIL STORE SERVICES FEATURING
CLOTHING, CLOTHING ACCESSORIES, TOYS,
PERFUME AND GIFTS, IN CLASS 35 (U.S. CLS.
100, 101 AND 102).

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995.

OWNER OF U.S. REG. NOS. 1,646,123, 2,330,052,
AND OTHERS.

SN 76-282,385, FILED 7-11-2001.

MATTHEW SWYERS, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,725,491**

**United States Patent and Trademark Office**    **Registered June 10, 2003**

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BLVD.
VERNON, CA 90058

FOR: SWIMWEAR, NAMELY, BATHING SUITS,
BIKINIS, SKIRTS AND COVERUPS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 5-1-2002; IN COMMERCE 5-1-2002.

OWNER OF U.S. REG. NOS. 1,646,123, 2,330,052,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 76-304,138, FILED 8-23-2001.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

United States Patent and Trademark Office

Reg. No. 2,724,936
Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058

FOR: PERFUMES, COLOGNES, BODY CREAMS,
BODY LOTIONS, TALCUM POWDER, BATH SOAP,
TOILET SOAP, BATH GEL, SHOWER GEL AND
BODY SCRUB, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 8-15-2000; IN COMMERCE 8-15-2000.

OWNER OF U.S. REG. NOS. 1,739,962 AND
1,886,118.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 76-084,522, FILED 7-10-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,756,608

## United States Patent and Trademark Office

Registered Aug. 26, 2003

### TRADEMARK
#### PRINCIPAL REGISTER

## LUCKY BRAND

LUEKY BRAND DUNGAREES, INC. (DELA-WARE CORPORATION)
4599 DISTRICT BOULEVARD
VERNON, CA 90058 BY ASSIGNMENT LUCKY BRAND DUNGAREES, INC. (CALIFORNIA COR-PORATION) VERNON, CA 90058

FOR: EYEGLASSES AND SUNGLASSES, SOLD OR DISTRIBUTED IN CHANNELS OF TRADE OTHER THAN SUPERMARKETS, CONVENIENCE STORES, OR COMBINATION SUPERMARKET/ DRUG STORES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-1-2002; IN COMMERCE 8-1-2002.

OWNER OF U.S. REG. NO. 1,646,123.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

SN 75-977,217, FILED 10-17-1996.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,795,162

Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (CALIFOR-
NIA CORPORATION)
5233 ALCOA AVENUE
WHITTIER, CA 90058

FOR: CLOTHING, NAMELY, TIES AND
SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2001; IN COMMERCE 9-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 75-852,779, FILED 11-16-1999.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,041,039

Registered Jan. 10, 2006

**SERVICE MARK**
**PRINCIPAL REGISTER**

## LUCKY BRAND JEANS

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: RETAIL STORE SERVICES FEATURING A
VARIETY OF GOODS INCLUDING CLOTHING,
CLOTHING ACCESSORIES, HEADGEAR, FOOT-
WEAR, GENERAL MERCHANDISE, GIFT ITEMS,
JEWELRY, HANDBAGS, WALLETS, SUNGLASSES,
FRAGRANCES, PERSONAL CARE PRODUCTS
AND TOYS, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,655,004, 2,857,464
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND JEANS", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-513,557, FILED 11-9-2004.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,104,220**

## United States Patent and Trademark Office

Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
   WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

   FOR: MEN'S UNDERWEAR, NAMELY, BOXER
SHORTS AND BRIEFS; TANK SHIRTS, T-SHIRTS,
PANTS, TOPS AND SHORTS; AND SLEEPWEAR,
NAMELY, NIGHTGOWNS, PAJAMAS, SLEEP-
SHIRTS, BED JACKETS AND ROBES , IN CLASS 25
(U.S. CLS. 22 AND 39).

   FIRST USE 4-1-1995; IN COMMERCE 4-1-1995.

   OWNER OF U.S. REG. NOS. 1,646,123, 2,330,052,
AND OTHERS.

   NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

   SN 75-924,261, FILED 2-22-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,387,018

Registered Feb. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# LUCKY KID

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: CLOTHING, NAMELY, SHIRTS, PANTS,
SWEATERS, SKIRTS, DRESSES, COATS, BELTS,
SOCKS, HOSIERY; HEADWEAR, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 12-0-2006; IN COMMERCE 12-0-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,646,123, 2,903,532,
AND OTHERS.

SN 78-979,507, FILED 7-6-2006.

DAYNA BROWNE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 3,407,935**

**Registered Apr. 08, 2008**

**Renewal Term Begins Apr. 08, 2018**

**10 Year Renewal/Corrected**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Lucky Brand Dungarees, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
540 South Santa Fe Avenue
Los Angeles, CALIFORNIA 90013

CLASS 14: Bracelets;[ Cuff-links; ]Earrings; Necklaces; Rings being jewelry

FIRST USE 3-25-2005; IN COMMERCE 3-25-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2936774, 2883694

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRAND"

SER. NO. 77-068,530, FILED 12-20-2006



Director of the United States
Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,417,110**

## United States Patent and Trademark Office

Registered Apr. 29, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# LUCKY

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

   FOR: BOTTOMS; JEANS; KNIT SHIRTS; PANTS;
SHIRTS; SHORT-SLEEVED OR LONG-SLEEVED T-
SHIRTS; POLO SHIRTS; SHORT-SLEEVED SHIRTS;
SWEATERS; T-SHIRTS; TANK TOPS; TOPS; SKIRTS
, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

   OWNER OF U.S. REG. NOS. 1,646,123 AND
2,381,638.

   SER. NO. 77-153,076, FILED 4-10-2007.

   ELIZABETH KAJUBI, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 3,506,278

Registered Sep. 23, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# LUCKY BRAND

LUCKY BRAND DUNGAREES, INC. (DELA-
WARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 7-28-2008; IN COMMERCE 7-28-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,883,694 AND
2,936,774.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 77-299,071, FILED 10-9-2007.

ALEXANDER L. POWERS, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,693,776**
Registered Oct. 6, 2009

**Int. Cl.: 14**

TRADEMARK
PRINCIPAL REGISTER

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-0-2008; IN COMMERCE 8-0-2008.

OWNER OF U.S. REG. NO. 2,883,694.

THE MARK CONSISTS OF A FOUR LEAF CLOVER.

SN 77-517,182, FILED 7-8-2008.

IRA J. GOODSAID, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 3,699,407**
Registered Oct. 20, 2009

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: FOOTWEAR; SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-21-2009; IN COMMERCE 7-21-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,655,004 AND 3,041,039.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

SN 77-182,493, FILED 5-16-2007.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LUCKY LEGEND

**Reg. No. 3,775,279**
**Registered Apr. 13, 2010**

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

**Int. Cl.: 25**

FOR: BOTTOMS; DENIM JACKETS; DENIMS; JEANS; SHIRTS; SHORT-SLEEVED SHIRTS; SKIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 4-0-2008; IN COMMERCE 4-0-2008.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,330,052, 3,104,220, AND OTHERS.

SN 77-372,213, FILED 1-15-2008.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## LUCKY BRAND

**Reg. No. 3,981,713**

**Registered June 21, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

FOR: BELTS; BLOUSES; BOTTOMS; BOXER SHORTS; DRESSES; HATS; JACKETS; JEANS; PANTS; SHIRTS; SHOES; SHORTS; SKIRTS; SWEAT PANTS; SWEATERS; SWEATSHIRTS; SWIMWEAR; T-SHIRTS; TANK TOPS; TOPS; VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-7-1990; IN COMMERCE 12-7-1990.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,646,123, 3,107,591 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

SER. NO. 85-228,321, FILED 1-27-2011.

CURTIS FRENCH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 3,998,150**
**Registered July 19, 2011**

LUCKY BRAND DUGAREES, INC. (DELAWARE CORPORATION)
5233 ALCOA AVENUE
VERNON, CA 90058

**Int. Cl.: 18**

FOR: CLUTCHES; COSMETIC BAGS SOLD EMPTY; HANDBAGS; MESSENGER BAGS; TOTE BAGS; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

FIRST USE 7-15-2003; IN COMMERCE 7-15-2003.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,936,774 AND 3,107,591.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

SER. NO. 85-213,150, FILED 1-7-2011.

MICHAEL SOUDERS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,370,902**

**Registered July 23, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
540 SOUTH SANTA FE AVENUE
LEGAL DEPT.
LOS ANGELES, CA 90013

FOR: ANKLE BRACELETS; BRACELETS; CHARMS; CUFFLINKS; EARRINGS; JEWELRY; JEWELRY BOXES; JEWELRY CASES; NECKLACES; PENDANTS; PINS BEING JEWELRY; RINGS , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-25-2005; IN COMMERCE 3-25-2005.

THE MARK CONSISTS OF A STYLIZED FOUR-LEAF CLOVER DESIGN.

SEC. 2(F).

SER. NO. 85-639,590, FILED 5-31-2012.

THEODORE MCBRIDE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,401,480**

**Registered Sep. 10, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
LEGAL DEPT.
540 SOUTH SANTA FE AVE.
LOS ANGELES, CA 90013

FOR: CARRYING CASES FOR ELECTRONIC EQUIPMENT, CELL PHONES, EAR BUDS, LAPTOPS, NOTEBOOK COMPUTERS, TABLET COMPUTERS, PORTABLE COMPUTERS, PORTABLE MEDIA PLAYERS AND ELECTRONIC BOOK READERS; COMPUTER BAGS; COMPUTER MOUSE; EYEGLASS CHAINS AND CORDS; EYEGLASS FRAMES; EYE-GLASSES; EYEWEAR; EYEWEAR CASES; MOUSE PADS; PROTECTIVE COVERS AND CASES FOR CELL PHONES, EAR BUDS, LAPTOPS, NOTEBOOK COMPUTERS, TABLET COMPUTERS, PORTABLE COMPUTERS, PORTABLE MEDIA PLAYERS AND ELECTRONIC BOOK READERS; SUNGLASSES; USB (UNIVERSAL SERIAL BUS) HARDWARE; COM-PUTER STORAGE DEVICES, BLANK FLASH DRIVES; ELECTRICAL COMMUNICATION MACHINES AND INSTRUMENTS; ELECTRONIC MACHINES AND INSTRUMENTS AND PARTS THEREOF, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2012; IN COMMERCE 9-1-2012.

OWNER OF U.S. REG. NOS. 2,400,358 AND 3,693,776.

THE MARK CONSISTS OF FOUR LEAF CLOVER.

SN 85-694,189, FILED 8-2-2012.

THEODORE MCBRIDE, EXAMINING ATTORNEY



*Lucia Stanet Lee*

Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 4,506,320**

**Registered Apr. 1, 2014**

**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

LUCKY BRAND DUNGAREES, INC. (DELAWARE CORPORATION)
LEGAL DEPT.
504 SOUTH SANTA FE AVENUE
LOS ANGELES, CA 90013

FOR: PILLOW CASES; PILLOW COVERS; THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 10-1-2013; IN COMMERCE 10-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,407,935, 3,998,150, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

SN 85-682,472, FILED 7-20-2012.

THEODORE MCBRIDE, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# LIL MAGGIE

**Reg. No. 4,809,944**  LUCKY BRAND DUNGAREES, LLC (DELAWARE LIMITED LIABILITY COMPANY)
540 S. SANTA FE AVENUE
**Registered Sep. 8, 2015**  LOS ANGELES, CA 90013

**Int. Cl.: 25**  FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2007; IN COMMERCE 1-0-2007.

**TRADEMARK**

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-343,112, FILED 7-21-2014.

HOWARD B. LEVINE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# LUCKY DARLING

**Reg. No. 5,179,080**

**Registered Apr. 11, 2017**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Lucky Brand Dungarees, LLC (DELAWARE LIMITED LIABILITY COMPANY)
540 S. Santa Fe Avenue
Los Angeles, CA 90013

CLASS 3: Fragrance products, namely, cologne, perfume, eau de parfum, eau de toilette, body lotions, bath gels and shower gels; Non-medicated skin care preparation, namely, body mist; Body sprays

FIRST USE 12-00-2013; IN COMMERCE 12-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-848,142, FILED 12-14-2015
MICHAEL R TANNER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LUCKY BRAND HOME

**Reg. No. 5,769,972**

**Registered Jun. 04, 2019**

**Int. Cl.: 20, 24**

**Trademark**

**Principal Register**

Lucky Brand Dungarees, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
540 South Santa Fe Avenue
Los Angeles, CALIFORNIA 90013

CLASS 20: Cushions; Plant stands; Pillows

FIRST USE 8-14-2017; IN COMMERCE 8-14-2017

CLASS 24: Bed linen; Bed sheets; Table linen; Table cloth of textile; Table cloths not of paper; Textile place mats; Pillow cases; Pillow covers; Fitted bed sheets; Flat bed sheets; Bedspreads; Bed blankets; Blanket throws; Blankets for outdoor use; Lap blankets; Comforters; Place mats of textile material; Table napkins of textile; Fabrics for textile use; Quilts; Shams; Pillow shams; Throws

FIRST USE 8-14-2017; IN COMMERCE 8-14-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRAND HOME"

SER. NO. 86-750,235, FILED 09-08-2015

Director of the United States
Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

## THE MARK OF GOOD LUCK

**Reg. No. 5,800,386**

**Registered Jul. 09, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Lucky Brand Dungarees, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
540 S. Santa Fe Avenue
Los Angeles, CALIFORNIA 90013

CLASS 25: Clothing, namely, loungewear, jeans, pants, shorts, skirts, shirts, T-shirts, tank tops, jackets, vests and jumpsuits; caps being headwear; footwear

FIRST USE 12-00-2009; IN COMMERCE 12-00-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-241,578, FILED 12-26-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# LUCKY BRAND HOME

**Reg. No. 5,956,132**

**Registered Jan. 07, 2020**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Lucky Brand Dungarees, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
540 S. Santa Fe Avenue
Los Angeles, CALIFORNIA 90013

CLASS 8: Flatware, namely, forks, knives, and spoons; Serving knives

FIRST USE 4-16-2018; IN COMMERCE 4-16-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRAND HOME"

SER. NO. 87-642,965, FILED 10-12-2017



Director of the United States
Patent and Trademark Office





# United States of America
### United States Patent and Trademark Office

# LUCKY BRAND HOME

**Reg. No. 5,967,924**

**Registered Jan. 21, 2020**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Lucky Brand Dungarees, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
540 S. Santa Fe Avenue
Los Angeles, CALIFORNIA 90013

CLASS 21: Beverage glassware; bowls; candlesticks; cocktail shakers; coffee services in the nature of tableware; dinnerware; drinkware; ice buckets; napkin rings; serving platters; serving spoons; serving dishes; serving forks; serving trays; servingware for serving food; stemware; tumblers for use as drinking glasses; wine glasses; drinking glasses

FIRST USE 4-16-2018; IN COMMERCE 4-16-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRAND HOME"

SER. NO. 87-643,085, FILED 10-12-2017



Director of the United States
Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# LUCKY BRAND HOME

**Reg. No. 5,967,925**

**Registered Jan. 21, 2020**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Lucky Brand Dungarees, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
540 S. Santa Fe Avenue
Los Angeles, CALIFORNIA 90013

CLASS 24: Table linen

FIRST USE 4-16-2018; IN COMMERCE 4-16-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRAND HOME"

SER. NO. 87-643,117, FILED 10-12-2017



Director of the United States
Patent and Trademark Office





# United States of America

## United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 7,340,804**

**Registered Mar. 26, 2024**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

ABG-Lucky, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 21st Floor
New York, NEW YORK 10018

CLASS 24: fabrics for textile use; textile fabrics for use in making clothing; cotton fabrics; fabric by the yard, namely, textile fabrics for use in the manufacture of clothing; cotton, denim fabric sold in bulk at retail for use in quilting, craft and sewing projects

FIRST USE 7-00-2023; IN COMMERCE 7-00-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4506320, 3981713, 1646123

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRAND"

SER. NO. 97-463,393, FILED 06-17-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# LUCKY BRAND

**Reg. No. 7,508,609**

**Registered Sep. 17, 2024**

**Int. Cl.: 23**

**Trademark**

**Principal Register**

ABG-Lucky, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway
New York, NEW YORK 10018

CLASS 23: Yarn; knitting yarn; sewing thread; embroidery thread and yarn; embroidery floss

FIRST USE 7-00-2023; IN COMMERCE 7-00-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4506320, 3981713, 1646123

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRAND"

SER. NO. 97-463,390, FILED 06-17-2022




Director of the United States
Patent and Trademark Office

