# EXHIBIT B

**Defendant Name:** A Clothing Matching
**Platform:** Temu
**Seller ID:** 634418224675518
**Product ID:** 601102034809272
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/womens-st-patricks-day-t-shirt--graphic-tee-with--black-white-casual-top-for-irish-festival-party-outfit-casual-attire-machine-washable-gift-apparel-festive-outfit-round-neck-tee-relaxed-fit-g-601102034809272.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F00c0a47d4cd7447d87be71f1d9464985-goods.jpeg&spec_id=2001&spec_gallery_id=191607&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjJUy&_oak_gallery_order=1013999316%2C925412117&_oak_mp_inf=ELjjiMqv1ogBGiA5YmY2ODczNWYxOGU0OGRIYmFhMGU4NWFkYzQ1YzY0OCCK7aDerTM%3D&spec_ids=2001%2C3002&search_key=YP4468206&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764623867604_64fhgmev92&_x_sessn_id=yvazc7gonm

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/AClothingMatching-20251201211906693.pdf



**Defendant Name:** A unique and fascinating shop
**Platform:** Temu
**Seller ID:** 634418222637841
**Product ID:** 601100696118630
**Marks Infringed:**

1646123

**Infringing Product URL:**
https://www.temu.com/tough-to--brand-jeans-vintage-metal-wall-art-8x12-inch-rustic-iron-sign-with-dice--los-angeles-est-1991-distressed-high-quality-metal-decor-for-home-office-bar--indoor-wall-art-metal-wall-art-decor-2d-flat--room-decor-g-601100696118630.html?_oak_mp_inf=EObK3cuq1ogBGiBiMmRhNjg3ZGViM2Y0NzU4OTcwYzFmZjJmYTM3MmY2MyDBsKDIqzM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fac3cbfdf-f576-47e7-83a5-8deb4284dfc2.jpg&spec_gallery_id=6294265163&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTA5&_oak_gallery_order=626428148%2C2031867855%2C995001592%2C348488610%2C270901487&search_key=NL2075123&refer_page_el_sn=200049&_x_sessn_id=rnqInjkbj8&refer_page_name=search_result&refer_page_id=10009_1764101725755_z965cft92y

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251125/Auniqueandfascinatingshop-20251125201550346.pdf



**Defendant Name:** ACAMBELL3
**Platform:** Temu
**Seller ID:** 741070852022049
**Product ID:** 602413939449873
**Marks Infringed:**

2306342    2400358

**Infringing Product URL:**

https://www.temu.com/men-s--you-cotton-t-shirt-black-casual-crew-neck-short-sleeve-tee-with-golden-geometric-print-soft-breathable-fabric--casual-attire-comfortable-clothing-geometric-print-shirt-cotton-tshirt-g-602413939449873.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F2066d918fc%2F6b61c153-6fd9-4793-871a-8d0611ada935.jpeg&spec_gallery_id=381161&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=NzM5&_oak_gallery_order=1579646165&_oak_mp_inf=EJHA%2BebG%2FIgBGhZnb29kc1900WdxbGdfcmVjb21tZW5kIJLCi4iqMw%3D%3D&spec_ids=3002&refer_page_el_sn=200444&_x_sessn_id=I0ki06isvu&refer_page_name=goods&refer_page_id=10032_1763637911363_zsrj9ky5kb

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/ACAMBELL3-20251120115055953.pdf



**Defendant Name:** Adi Art Studio
**Platform:** Temu
**Seller ID:** 634418226629733
**Product ID:** 601104540475152
**Marks Infringed:**

1646123

**Infringing Product URL:**

https://www.temu.com/1pc-vintage-metal-wall-plaque-compatible-for-home--garden-rustic-iron-wall-mounted-decoration-with-aged-durable-outdoor-sign-decoration-statues-category-for-room-birthday-gift-g-601104540475152.html?_oak_mp_inf=EJC%2B7vS41ogBGiA5ZTFjNjk5NjY2MDM0YmEzOWE2NDE2ZTg0MWEzOThkZCCsttvdrTM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fc094e1b6ed2841c69e8cefc539d9c138-goods.jpeg&spec_gallery_id=216284370861&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDk2&_oak_gallery_order=2003290832%2C918735190%2C58209871%2C1383543068&search_key=TE9548375&refer_page_el_sn=200049&_x_sessn_id=j1pt7x1woz&refer_page_name=search_result&refer_page_id=10009_1764622786078_6zmhflu4zr

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/AdiArtStudio-20251201210048211.pdf



**Defendant Name:** ALGORITHMIC11
**Platform:** Temu
**Seller ID:** 741070852144275
**Product ID:** 602939175357178
**Marks Infringed:**

2400358   3981713

**Infringing Product URL:**

https://www.temu.com/-brand-and-clover-print-clothes-cool-long-sleeve-sweatshirt-for-men-mens-casual-pullover-top-for-fall-and-winter-as-gifts-for-friends-g-602939175357178.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F20add70243%2Fa853f226-15c8-4a87-876c-bcbd5d5dc0d0.jpeg&spec_id=16080&spec_gallery_id=460832&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA2MA&_oak_gallery_order=1148725547%2C1779412598%2C397818537&_oak_mp_inf=EPqV%2Bbrri4kBGiA1ZDE4MjcyYmE4YmU0NjYzYjBhMGQwNTIwZjRkOWJmMiDIn%2B7VrTM%3D&spec_ids=16080%2C3002%2C16068&search_key=12MG3525W53&refer_page_el_sn=200049&_x_sessn_id=cdw1m6102r&refer_page_name=search_result&refer_page_id=10009_1764606317041_z9exv3qhxb

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/ALGORITHMIC11-20251201170446398.pdf



**Defendant Name:** ALittles
**Platform:** Temu
**Seller ID:** 634418224046222
**Product ID:** 601101419769114
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/mens-t-shirt--comfortable-and-breathable-g-601101419769114.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fb05623f7d71a407097da6e327b067029-
goods.jpeg&spec_id=3002&spec_gallery_id=144614&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak
_rec_ext_1=Nzl1&_oak_gallery_order=1298011251&_oak_mp_inf=EJra5aSt1ogBGiBiZGM1NmEwZDk0YzE0ZDQ3OThIZTkwNmViMzcxNDhkYiD
LIe%2FpqTM%3D&spec_ids=3002&search_key=BT3228373&refer_page_el_sn=200049&_x_sessn_id=4pr5t0go0a&refer_page_name=sear
ch_result&refer_page_id=10009_1763574533517_ndeI56v0q9

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/ALittles-20251119174924510.pdf



**Defendant Name:** ALPINE WHOLESALE BAZ
**Platform:** Temu
**Seller ID:** 741070851661551
**Product ID:** 602691367457020
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/men-s-t-shirt--shamrock-pattern-print-men-s-comfy-t-shirt-graphic-tee-men-s-summer-outdoor-clothes-men-s-clothing--for-men-tee-for-adult-men-women-teen-teenager-adolescent-youth-men-t-shirts-men-summer-clothes-cotton-crew-neck-t-shirt-men-s-short-sleeve-men-summer--sleeve-t-shirt-summer-clothes-t-shirts-for-summer--g-602691367457020.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2Fe883cb2a%2F8586783e-3b92-479e-8aa2-38cf21f21fb6%2F0ddcca88fa6dcf3430eab6f0130e2f58.jpeg&spec_id=3002&spec_gallery_id=281364&refer_page_sn=10032&refer_source=10016&freesia_scene=11&oak_freesia_scene=11&oak_rec_ext_1=NjU0&oak_gallery_order=1122269621&oak_mp_inf=EPyh96bQhIkBGhZnb29kc180dWk5eTRfcmVjb21tZW5k%2BizcOqMw%3D%3D&spec_ids=3002&refer_page_el_sn=200444&_x_sessn_id=I4ptasjw8g&refer_page_name=goods&refer_page_id=10032_1763762720780_5fphe3chfm

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/ALPINEWHOLESALEBAZ-20251121220958294.pdf



**Defendant Name:** ALYGDJGC H
**Platform:** Temu
**Seller ID:** 634418222318263
**Product ID:** 601103817796012
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/1pc-visor-cap-dad-hats-golf-hat--hiking--sports--breathable-material-high--unisex-great-for--men-and-women--1-or-2pcs-g-601103817796012.html?_oak_mp_inf=EKzToZy21ogBGiBkMDUyM2Q1N2IyYjU0OTA3YTQ1NDY3NTYzMDA1MTFINSDkq5KYqjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F27f9551c254a4a5fa63339ea222297fa-goods.jpeg&spec_gallery_id=212109286492&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjAz&_oak_gallery_order=1732116958%2C590317976%2C445418719%2C1352206514%2C1422732959&search_key=MX8075921&refer_page_el_sn=200049&_x_sessn_id=bf2wfIbo8d&refer_page_name=search_result&refer_page_id=10009_1763671578803_j9cse2syas

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/ALYGDJGCH-20251120204648402.pdf



**Defendant Name:** ANISHE
**Platform:** Temu
**Seller ID:** 4895509917126
**Product ID:** 601101398924568
**Marks Infringed:**

5967924  3417110  2400358

**Infringing Product URL:**

https://www.temu.com/4pcs---uv-dtf-cup-stickers-high-quality-self--glossy-vinyl-decals-cartoon-style-with-crystal-accents-ideal-for-mugs-bottles-diy-crafts-3-1-round-single-use-glass-compatible-cute-stickers-g-601101398924568.html?_oak_mp_inf=EJi67Zqt1ogBGiA5N2JmMTM2ZWI4NTQ0ODdjYTZmZGRhODExYzI5ODIzNCCcmqjxqTM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F287617c2-8ec7-4f56-ad55-30e13d3b5c57.jpg&spec_gallery_id=202345337164&refer_page_sn=10009&refer_source=0&freesia_scene=2&oak_freesia_scene=2&oak_rec_ext_1=Mzg1&oak_gallery_order=760774015%2C1925651705%2C1599285320%2C470487949%2C950471506&search_key=lucky%20mug&refer_page_el_sn=200049&_x_sessn_id=inc34uhdwe&refer_page_name=search_result&refer_page_id=10009_1763590057824_gpgnvw5zw7

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/ANISHE-20251119220931965.pdf



**Defendant Name:** ANMAIFUSHIRM
**Platform:** Temu
**Seller ID:** 634418218117682
**Product ID:** 601099916250939
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/low-end-affordable-and-practical-black-simple-and-versatile-printed-short-sleeved-t-shirt-easy-to-control-for--g-601099916250939.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F48f63da2b77345ad88a1f79e48e6dedd-goods.jpeg&spec_id=3002&spec_gallery_id=32940&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzA5&_oak_gallery_order=2099410236&_oak_mp_inf=ELue7ten1ogBGiAwMzMzZWl2MzEwMDc0NDBIYmQzYTYxODdhZjQxMDM1MCCs9vnpqTM%3D&spec_ids=3002&search_key=RF814258&refer_page_el_sn=200049&_x_sessn_id=4pr5t0go0a&refer_page_name=search_result&refer_page_id=10009_1763574709862_3p031mhmpc

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/ANMAIFUSHIRM-20251119175210988.pdf



**Defendant Name:** Apex Cloth
**Platform:** Temu
**Seller ID:** 634418223159698
**Product ID:** 601102745500422
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/mens--clover--graphic-t-shirt-light-grey-with-white-print-loose-fit-casual-short-sleeve-round-neck-breathable-summer-year-round--irish-good-luck-symbol-for-st-patricks-day-outfits-g-601102745500422.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fc852813f%2F9927db5a-dd02-42dc-91c7-886c0456d8ed%2F2dae28388fa6b52bc7e59a617773a48c.jpeg&spec_id=3002&spec_gallery_id=255517&refer_page_sn=10009&refer_sour
ce=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njcx&_oak_gallery_order=976412429%2C653325363%2C343832940%2C
780857881%2C1953458671&_oak_mp_inf=EIb2%2BZyy1ogBGiBjZTZkMWY0ZTFhN2E0MjBiOGIzYmRkMWY4MTIiMTY0MCDchaCZqjM%3D
&spec_ids=3002%2C16093%2C26063%2C15071%2C2001%2C19001%2C2%2C16078&search_key=MA5897040&refer_page_el_sn=20004
9&_x_sessn_id=c2zbu4xy8y&refer_page_name=search_result&refer_page_id=10009_1763673900566_b8mhhcld5h

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/ApexCloth-20251120212526588.pdf



**Defendant Name:** Ascending all the way
**Platform:** Temu
**Seller ID:** 5226376885270
**Product ID:** 601102697671949
**Marks Infringed:**

3981713

**Infringing Product URL:**

https://www.temu.com/-brand-unisex-baseball-cap-lightweight-adjustable-snapback-dad-hat-with-mountain-graphic---for-outdoor-sports-casual-wear-hand-wash-only-solid--versatile-headwear-stylish-headgear-durable-headwear-g-601102697671949.html?_oak_mp_inf=EI3akoay1ogBGiA2OTk1YWQ2YmMyMDQ0MDg1OTA3MzA5M2QzZmE1YjQ3MSDOsOWZqjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2Fa6a2e84e2cf44e608367794b15d6ce5a-goods.jpeg&spec_gallery_id=207325627623&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTgz&_oak_gallery_order=1060529546%2C482871386%2C1935745017%2C1942395027%2C2052089503&search_key=QY5803910&refer_page_el_sn=200049&_x_sessn_id=c2zbu4xy8y&refer_page_name=search_result&refer_page_id=10009_1763675036346_ouv303sv35

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/Ascendingalltheway-20251120214426925.pdf



**Defendant Name:** Asian embroidery
**Platform:** Temu
**Seller ID:** 634418224479256
**Product ID:** 601102413985487
**Marks Infringed:**

2400358

**Infringing Product URL:**

https://www.temu.com/cool--embroidered-baseball-cap-suitable-for-camping-parties-and-daily---high---for-a--experience-enhances-your-look-and--a-thoughtful-gift-for--g-601102413985487.html?_oak_name_id=7854531404194091761&_oak_mp_inf=EM%2Ft7%2F6w1ogBGiBjZTc3NWQyOTU2ZDI0NWQ0ODAyZGUxMzgxZGFIY2ViMSDiyPKYqjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Ffdac7315-2696-43c7-a465-1ff73d198237.jpg&spec_gallery_id=206197522955&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjU1&_oak_gallery_order=2000070193%2C760819835%2C643083832%2C1201992892%2C1358366708&search_key=RH5229095&refer_page_el_sn=200049&_x_sessn_id=c2zbu4xy8y&refer_page_name=search_result&refer_page_id=10009_1763673155498_b4dwnieluw

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/Asianembroidery-20251120211308149.pdf



**Defendant Name:** AUSSS
**Platform:** Temu
**Seller ID:** 634418219524223
**Product ID:** 601100794313715
**Marks Infringed:**

3981713

**Infringing Product URL:**

https://www.temu.com/vintage--baseball-cap-lightweight-and-stylish--casual-versatile-suitable-for-wearing---g-601100794313715.html?
_oak_mp_inf=EPP3xvqq1ogBGiAwOTUxZmFiYjQyMzk0NTUzYTgyZDk5NzIyN2RlNDk1NyDuuvLqqTM%3D&top_gallery_url=https%3A%2F%
2Fimg.kwcdn.com%2Fproduct%2Fopen%2F8445d2648c484fdd80b8b70836817600-
goods.jpeg&spec_gallery_id=200130465494&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ex
t_1=NTQ4&_oak_gallery_order=1270591450%2C1987106255%2C925116878%2C1957662601%2C1635138949&search_key=RK2186129&refe
r_page_el_sn=200049&_x_sessn_id=4pr5t0go0a&refer_page_name=search_result&refer_page_id=10009_1763576684696_fjfrbflycd

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/AUSSS-20251119182512977.pdf



**Defendant Name:** Awesome Selection - Little smile dress
**Platform:** Temu
**Seller ID:** 2785057202303
**Product ID:** 601101680174831
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/womens--graphic-tee-purple-crew-neck-t-shirt-with-clover-design-casual--top-casual-wear--print--ladies-t-shirts-g-601101680174831.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2F20237f3dc4%2F116cb58d-a3bb-41dc-87e8-0b1e47ad4818_1340x1785.jpeg&spec_id=16078&spec_gallery_id=168060&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzA0&_oak_gallery_order=1940277649%2C1389503544%2C546689878%2C1118507866%2C558645194&_oak_mp_inf=EO%2FN%2B6Cu1ogBGiA3NTkyMGIwNjY5ZDA0YWMyOWM5NWRjMzZjYjk0ZTUxOCD%2Fns3qqTM%3D&spec_ids=16078%2C3002%2C16056%2C2%2C16068%2C15084%2C15071%2C16100%2C16057&search_key=BN3752649&refer_page_el_sn=200049&_x_sessn_id=4pr5t0go0a&refer_page_name=search_result&refer_page_id=10009_1763576074941_j0jdzercwr

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/AwesomeSelectionLittlesmiledress-20251119181502848.pdf



**Defendant Name:** AYOUGUO
**Platform:** Temu
**Seller ID:** 634418210914818
**Product ID:** 601099900658061
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/womens--clover-graphic-long-sleeve-t-shirt-casual-black-crew-neck-top-stretchy-polyester-blend-machine-washable---g-601099900658061.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fmarket%2F8c20d1ffffd25a31425ec6b5664e18af_zYhic1ubLcEtJ.jpg&spec_id=3002&spec_gallery_id=1&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTU2&_oak_gallery_order=1502143738%2C869949782&_oak_mp_inf=EI3DttCn1ogBGiBiZjk5Y2JkNjQ1YmQ0MTJjYjg5NDNmN2U5NmRmZDUxNSDf8%2FimrjM%3D&spec_ids=3002&search_key=PD783340&refer_page_el_sn=200049&_x_sessn_id=u7z3gp55Iz&refer_page_name=search_result&refer_page_id=10009_1764776361680_jkb7qyabr4

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251203/AYOUGUO-20251203153950314.pdf



**Defendant Name:** AZY clothing
**Platform:** Temu
**Seller ID:** 634418222123634
**Product ID:** 601100643052661
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/mens--clover-graphic-t-shirt-soft-breathable-moisture-wicking-quick-dry-casual-tee-for-summer-casual--tee--g-601100643052661.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Ff989e905674b454a85cb434e4af3096c-goods.jpeg&spec_id=3002&spec_gallery_id=92371&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjQ3&_oak_gallery_order=738754979%2C516340182%2C1272443358&_oak_mp_inf=EPXYtrKq1ogBGiA0ZDE5YjNkYWNlNDQ0NGEwYjl1NmE3NjIlxYjhmNDBkMyC15qSZqjM%3D&spec_ids=3002%2C16091%2C2001&search_key=KF1985731&refer_page_el_sn=200049&_x_sessn_id=c2zbu4xy8y&refer_page_name=search_result&refer_page_id=10009_1763673978496_1t75jrjxa8

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/AZYclothing-20251120212722350.pdf



**Defendant Name:** Bella Bliss
**Platform:** Temu
**Seller ID:** 634418216736209
**Product ID:** 601099610537861
**Marks Infringed:**

3417110    2400358

**Infringing Product URL:**
https://www.temu.com/clover--cursive-script-women-s--t-shirt-g-601099610537861.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fmarket%2F31f8ec54b41546906961ce8677913cb4_IE8SsQ5dymfxh.jpg&spec_id=15071&spec_gallery_id=1&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTM2OQ&_oak_gallery_order=502649070%2C629751369%2C1345380719%2C27744811%2C2098870531&_oak_mp_inf=EIX%2Fisam1ogBGiBjOTU0YWlyY2ZjNTU0ZWQ2YTA3MzUwMjIyZTUyMDQ3ZiDO4tHqqTM%3D&spec_ids=15071%2C3002&search_key=FN196584&refer_page_el_sn=200049&_x_sessn_id=4pr5t0go0a&refer_page_name=search_result&refer_page_id=10009_1763576149168_r8cI9fu2fl

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/BellaBliss-20251119181616550.pdf



**Defendant Name:** Big Framed picture
**Platform:** Temu
**Seller ID:** 634418219946193
**Product ID:** 601100558336113
**Marks Infringed:**

3417110   1646123

**Infringing Product URL:**

https://www.temu.com/2d-flat-1pc---brand-jeans-metal-wall-art-sign-8x12-inches-black-with-colorful--teal-accents-vintage-denim-design-indoor-outdoor-decor-for-home-bar-or-for-man-cave-jean-decor--room-decor-g-601100558336113.html?_oak_mp_inf=EPGAhIqq1ogGBiBmNmFkMTlhMzMxZGY0MzA1OTk2YTc5NzIxMTNkZmQzZCDQ3I%2FIqzM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Falgo_check%2F72d6429f0dabfd5ed73c0374e5c62a9e_1743514363679.jpg&spec_gallery_id=5579880354&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTc1&_oak_gallery_order=1207240109%2C60107096%2C1857750889%2C1559496983%2C1231772382&search_key=YJ1845487&refer_page_el_sn=200049&_x_sessn_id=m84qwj1g8w&refer_page_name=search_result&refer_page_id=10009_1764101452855_4j88r1y5vk

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251125/BigFramedpicture-20251125201123145.pdf



**Defendant Name:** Billseashop
**Platform:** Temu
**Seller ID:** 634418215213965
**Product ID:** 601101898629673
**Marks Infringed:**

5967924   3417110   2400358

**Infringing Product URL:**

https://www.temu.com/11oz-printed-ceramic-travel-mug-suitable-for-hot-and-cold-beverages-hand-wash-or-machine-washable-a-perfect-gift-for-family-or-friends-on--g-601101898629673.html?
_oak_mp_inf=EKmEkYmv1ogBGiAwOWVIYjE4OGJhMjc0ODk3OWQ4ZDBmYjE3NWZiMjIxZiC90%2FeorjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F69ee88bb1ee54c7da2d98db2e1deb934-
goods.jpeg&spec_gallery_id=2040058726208&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODM3&_oak_gallery_order=1496033259%2C404684374%2C1947139851%2C1689433557%2C562266213&search_key=HY4189043&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764780381651_f2duo3bori&_x_sessn_id=dxeqh0x48i

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251203/Billseashop-20251203164940103.pdf



**Defendant Name:** Bimile
**Platform:** Temu
**Seller ID:** 634418218896084
**Product ID:** 601099970285575
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/-clover-st-patricks-day-print-t-shirt-casual-crew-neck-spring-summer-short-sleeve-t-shirt-stretch-polyester-blend-womens-sportswear-plus-size-womens-machine-washable-g-601099970285575.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fcf440b78887942ce9b133cf767a8149f-goods.jpeg&spec_id=3002&spec_gallery_id=38987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzYz&_oak_gallery_order=704327885%2C2050494706%2C408189469%2C19223638988&_oak_mp_inf=EIeg0PGn1ogBGiA0MG M1YWM5NTNIMzE0NTBIOGVjNmExNWQ2YmVjMjAzNCCz7cLqqTM%3D&spec_ids=3002%2C16080%2C2C&search_key=BL921634&refer_page_el_sn=200049&_x_sessn_id=4pr5t0go0a&refer_page_name=search_result&refer_page_id=10009_1763575904725_yz80iqyz8k

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/Bimile-20251119181358347.pdf



**Defendant Name:** Boutique hat thriving shop
**Platform:** Temu
**Seller ID:** 634418222206030
**Product ID:** 601101245449121
**Marks Infringed:**

3417110

**Infringing Product URL:**

https://www.temu.com/--brand-baseball-cap-adjustable-trucker-hat-for-men-women-black-with-white-script-design-breathable-mesh-back--outdoor-activities-casual-wear-baseball-cap-g-601101245449121.html?
_oak_mp_inf=EKGH1tGs1ogBGiBlMjg0MWU5ZjBiMjY0NmQ1YjgyNTAzZTNiZWI2N2FkNyDvwrCprjM%3D&top_gallery_url=https%3A%2F%2F
img.kwcdn.com%2Fproduct%2Fopen%2F2a80a8a17f3f4b6f9948595439099bb9-
goods.jpeg&spec_gallery_id=201565274482&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext
_1=MTA3MA&_oak_gallery_order=1419129169%2C1979838284%2C392709942%2C1076652959%2C587856301&search_key=QK2881640&
refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764781387161_ea7qjt2qx6&_x_sessn_id=l8dgi5iwj1

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251203/Boutiquehatthrivingshop-20251203170450785.pdf



**Defendant Name:** Break the ice
**Platform:** Temu
**Seller ID:** 634418222982848
**Product ID:** 601101413153943
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/womens-baseball-cap-dark-charcoal-gray-hat-with---adjustable-strap-for-outdoor-casual-st-patricks-day-lightweight-non--baseball-hat-for-women-men-ideal-gift-for-luck-casual-attire-baseball-cap-casual-headwear-stylish-vintage-look-design-outdoor-activities-trendy-headwear-breathable-fabric-festival--g-601101413153943.html?_oak_mp_inf=EJf50aGt1ogBGiBmYjYyMGIxODE1ZDY0Y2FkYmMwMDg4MDZiYjhmMWRkZCChhtiYqjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F621ab616-70c2-49e9-acbe-76bed82f6ef8.jpg&spec_gallery_id=601101413153943&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDIw&_oak_gallery_order=930576325%2C1962271896%2C1823597269%2C1788812895%2C1048280076&search_key=LR3212367&refer_page_el_sn=200049&_x_sessn_id=c2zbu4xy8y&refer_page_name=search_result&refer_page_id=10009_1763672721012_ci6tb729ts

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/Breaktheice-20251120210603567.pdf



**Defendant Name:** BRIGHT BUSINESS LOGIS
**Platform:** Temu
**Seller ID:** 741070851661508
**Product ID:** 603248102600496
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**
https://www.temu.com/-shamrock-pattern-print-men-s-comfy-t-shirt-graphic-tee-men-s-summer-outdoor-clothes-men-s-clothing--for-men-tee-for-adult-men-women-teen-teenager-adolescent-youth-g-603248102600496.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F36b65420%2F91ebb725-9f15-4d34-8d21-adeb43d2f8c0%2F0ddcca88fa6dcf3430eab6f0130e2f58.jpeg&spec_id=3002&spec_gallery_id=266555&refer_page_sn=10032&refer_source=10016&freesia_scene=11&oak_freesia_scene=11&oak_rec_ext_1=NzI5&oak_gallery_order=342289442&oak_mp_inf=ELDe96bqIIkBGhZnb29kc195MDUyZzdfcmVjb21tZW5kZWRfcGD__vbGISdWxybAjMvb1tZW5kZWQtdCfmVyMDUyZzdfcmVjb21tZW5kZWQ&spec_ids=3002&refer_page_el_sn=200444&_x_sessn_id=I4ptasjw8g&refer_page_name=goods&refer_page_id=10032_1763762045016_9t4ohet39m

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/BRIGHTBUSINESSLOGIS-20251121221454456.pdf



**Defendant Name:** BRIGHT BUSINESS LOGIS
**Platform:** Temu
**Seller ID:** 741070851661508
**Product ID:** 603250250062911
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**
https://www.temu.com/everyday--men-s-casual-crew-neck-t-shirt-with-geometric--clover-print-100-cotton-knit-fabric--short-sleeve-tee-able-clothing-casual-durable-fabric-g-603250250062911.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F515b9c15%2F46e1c3ef-bd4d-4718-8f77-a94e88f82a99%2F6b767f83e2a40d7ee4831f0946ce91db.jpeg&spec_id=3002&spec_gallery_id=266950&refer_page_sn=10032&refer_source=10016&freesia_scene=11&oak_freesia_scene=11&oak_rec_ext_1=ODEw&oak_gallery_order=1388140971%2C516044926&oak_mp_inf=EL%2B49qbyIIkBGhZnb29kc191OXpvMW5fcmVjb21tZW5k&spec_ids=3002%2C2001&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763843702716_0bgq4f0dtq

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/BRIGHTBUSINESSLOGIS-20251123124136273.pdf



**Defendant Name:** Brother Flathead
**Platform:** Temu
**Seller ID:** 634418216216039
**Product ID:** 601100189702569
**Marks Infringed:**

2306342   2400358

**Infringing Product URL:**

https://www.temu.com/-you-men-s-cotton-t-shirt-black-casual-round-neck-short-sleeve-tee-with-golden-geometric-print-soft-breathable-for-casual-attire-g-601100189702569.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fmarket%2F1ad1feddbfb851e4b53e7cb0ff4e9a95_PBEMmDnTmh1Gq.jpg&spec_id=3002&spec_gallery_id=1&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTI5MQ&_oak_gallery_order=1866059868%2C1112826452%2C1604268392&_oak_mp_inf=EKmzoNqo1ogBGiBkNGFIMmQ5ZGQ4YTY0MzgwYjFkNGFjMjE1ZDA3MWI0MiD%2F8YvyqTM%3D&spec_ids=3002%2C2001&search_key=KY1354343&refer_page_el_sn=200049&_x_sessn_id=fczi740nu1&refer_page_name=search_result&refer_page_id=10009_1763591781641_ab3lcoy431

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/BrotherFlathead-20251119223647226.pdf



**Defendant Name:** CapVibe Co
**Platform:** Temu
**Seller ID:** 634418227013000
**Product ID:** 601104511332835
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/mens-womens-adjustable-unisex-baseball-breathable--large-head-size-big-head-hat-with-print-lettering-white-black-for-st-s-day-casual-outdoor-wear-year-round-fit-g-601104511332835.html?_oak_mp_inf=EOPj%2B%2Ba41ogBGiA1YTdkMjQwM2UyZjM0OTBiODgwM2FmM2Y4ZGE0Y2E3NSCYk5qYqjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fe8e86bb7d41e45de84bd646d762da82e-goods.jpeg&spec_gallery_id=214815352179&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Mzk5&_oak_gallery_order=227666696%2C772880999%2C1881071963%2C2108141011%2C1761220369&search_key=FA9489554&refer_page_el_sn=200049&_x_sessn_id=c2zbu4xy8y&refer_page_name=search_result&refer_page_id=10009_1763671706758_fjfzj5fvnb

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/CapVibeCo-20251120204856341.pdf



**Defendant Name:** ceice local
**Platform:** Temu
**Seller ID:** 634418215462174
**Product ID:** 601101913853304
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/men-s--shamrock-t-shirt-irish-good-luck-symbol-graphic-tee-soft-breathable-cotton-shirt-for-st-patrick-s-day-casual-attire-machine-washable-black-crewneck-top-with--design-lightweight-summer-apparel-for-guys-casual-wear-casual-fit-shirt-g-601101913853304.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fe14b94aa%2F46385905-5a75-4884-b577-84aaf4244c35%2F6a6f663128d13c2c7ed58785957c12d0.jpeg&spec_id=3002&spec_gallery_id=179472&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjU3&_oak_gallery_order=1766089989%2C1404909682&_oak_mp_inf=EPiaspCv1ogBGiA4ZjViYWUxNGEyMTI0MjQ2YmZhZGZjZDc0ZDRmYTRiYSC%2Bt53erTM%3D&spec_ids=3002%2C2001&search_key=BP4218647&refer_page_el_sn=200049&_x_sessn_id=yvazc7gonm&refer_page_name=search_result&refer_page_id=10009_1764623867604_64fhgmev92

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/ceicelocal-20251201211817165.pdf



**Defendant Name:** chendianchendian
**Platform:** Temu
**Seller ID:** 634418226766420
**Product ID:** 601105220243875
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/mens---t-shirt-100-cotton-breathable-short-sleeve-tee-with-rare-good-luck-symbol-casual-round-neck-for-irish-luck-year-round-gift-for-dad-or-husband--design-g-601105220243875.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fe53d74cb-0454-4050-9ae3-914806d68f1f.jpg&spec_id=3002&spec_gallery_id=443130&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MzUz&_oak_gallery_order=1975060149&_oak_mp_inf=EKOjgLm71ogBGiBiZjY3MTA2ZWNjNTE0OTY1OGExMjgwYTE4Mzk4NmFkZiDimIferTM%3D&spec_ids=3002&search_key=ML10932214&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764623366836_czgnyd67px&_x_sessn_id=6y3zf1bgqf

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/chendianchendian-20251201211211183.pdf



**Defendant Name:** Chic Horizons
**Platform:** Temu
**Seller ID:** 634418216984633
**Product ID:** 601099787916924
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/----womens-sweatshirts-g-601099787916924.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F4948119c977544ac9e227736b84f742d-
goods.jpeg&spec_id=15084&spec_gallery_id=23476&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak
_rec_ext_1=MTkxNA&_oak_gallery_order=1168545772%2C965761056%2C1664455611%2C916138138%2C176655114&_oak_mp_inf=EPys1Zq
n1ogBGiA2OGJjZmM2MTg2NTI0ODRjYmQzMTQ4YmYyY2NmNmE5MCCHlea2qzM%3D&spec_ids=15084%2C15071%2C3002%2C2%2C16
057&search_key=WM556496&refer_page_el_sn=200049&_x_sessn_id=bjn94gf76c&refer_page_name=search_result&refer_page_id=10009
_1764004302023_ykzd2zn9g7

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251124/ChicHorizons-20251124171210939.pdf



**Defendant Name:** ChicCurve Clothing
**Platform:** Temu
**Seller ID:** 634418221879580
**Product ID:** 601101880912533
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/womens-casual-v-neck-t-shirt-with--graphic-print-short-sleeve-black-with-white-lettering-lightweight-polyester--casual-attire-ladies-t-shirts-g-601101880912533.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2F20237f348c%2F970c8b24-86c9-457b-9fc9-180ad8bd8a7e_1350x1800.jpeg&spec_id=2001&spec_gallery_id=177522&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjA0&_oak_gallery_order=132697588%2C657916014%2C1192646032%2C1612981514%2C878803131&_oak_mp_inf=EJXV14Cv1ogBGiA0YWE1ZmlyNTdjNzU0ZWEwOGZmZmFiMjAyNDJjZTY5YSCbsb7qqTM%3D&spec_ids=2001%2C16056%2C15084%2C15071%2C16078&search_key=KD4154584&refer_page_el_sn=200049&_x_sessn_id=4pr5t0go0a&refer_page_name=search_result&refer_page_id=10009_1763575831493_ef87cdblyc

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/ChicCurveClothing-20251119181052633.pdf



**Defendant Name:** ChicPrints
**Platform:** Temu
**Seller ID:** 634418214634726
**Product ID:** 601099822646059
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/-shamrock--250g-women-s-sweatshirts-g-601099822646059.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F97429c4d892249fa885ee3e22b4c1c68-
goods.jpeg&spec_id=15071&spec_gallery_id=22442&refer_page_sn=10032&refer_source=10016&freesia_scene=11&
_oak_freesia_scene=11&_oak_rec_ext_1=MjAwNg&_oak_gallery_order=898816817%2C1242320921%2C109100326%2C743864261%2C49169324&_oak_mp_inf=EKu
Gnaun1ogBGhZnb29kc19kcXR0bjdfcmVjb21tZW5kIIbOIeqqMw%3D%3D&spec_ids=15071%2C16057%2C2%2C3002%2C15084&refer_page
_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763843597571_svjzgp0dj0

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251122/ChicPrints-20251122203407556.pdf



**Defendant Name:** ChicPrints
**Platform:** Temu
**Seller ID:** 634418214634726
**Product ID:** 601099822646059
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/-shamrock--250g-womens-sweatshirts-g-601099822646059.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F97429c4d892249fa885ee3e22b4c1c68-
goods.jpeg&spec_id=15071&spec_gallery_id=22442&refer_page_sn=10032&refer_source=10016&freesia_scene=25&_oak_freesia_scene=25
&_oak_rec_ext_1=MjAwNg&_oak_gallery_order=898816817%2C109100326%2C1242320921%2C743864261%2C49169324&_oak_mp_inf=EK
uGnaun1ogBGh1nb29kc19jZm4wNWpfc29sZF9vdXRfc2ltaWxhciCznoCGqzM%3D&spec_ids=15071%2C16057%2C2%2C3002%2C15084&r
efer_page_el_sn=200970&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763901969270_6c0v4mog0d

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/ChicPrints-20251123125007509.pdf



**Defendant Name:** ChicRevolution
**Platform:** Temu
**Seller ID:** 634418216683945
**Product ID:** 601099905848085
**Marks Infringed:**

2400358     3417110

**Infringing Product URL:**

https://www.temu.com/-lab--with---womens-sweatshirts-g-601099905848085.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fd86e01b0d1f24999b48231bca62b9792-
goods.jpeg&spec_id=3002&spec_gallery_id=46318&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_
oak_rec_ext_1=MjA5MA&_oak_gallery_order=183405809%2C1404075014%2C119589827%2C2070296485%2C1431853645&_oak_mp_inf=
EJWm89Kn1ogBGhZnb29kc185bWF2N3IfcmVjb21tZW5kIIePiOqqMw%3D%3D&spec_ids=3002%2C2%2C16057%2C15084%2C15071&refer
_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763843376763_nz46fm6i6c

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251122/ChicRevolution-20251122203022894.pdf



**Defendant Name:** ChicRevolution
**Platform:** Temu
**Seller ID:** 634418216683945
**Product ID:** 601099855808723
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/----women-s-sweatshirts-g-601099855808723.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F5ffab9598e964c8abc09047b3f2a11b1-
goods.jpeg&spec_id=2&spec_gallery_id=44714&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak
_rec_ext_1=MjA5MA&_oak_gallery_order=1308738348%2C769475189%2C1674476217%2C148730188%2C1382240333&_oak_mp_inf=ENO
Rhbun1ogBGhZnb29kc19pNjNubmlfcmVjb2ltZW5kIJ3jjeqqMw%3D%3D&spec_ids=2%2C3002%2C15071%2C16057%2C15084&refer_page
_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763843469440_zzub8jah3o

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251122/ChicRevolution-20251122203152837.pdf



**Defendant Name:** ChicRevolution
**Platform:** Temu
**Seller ID:** 634418216683945
**Product ID:** 601099905848085
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/-lab--with---women-s-sweatshirts-g-601099905848085.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F325ea6b2f03a416ea8fb6a1ad85326d0-
goods.jpeg&spec_id=16057&spec_gallery_id=46312&refer_page_sn=10032&refer_source=10016&freesia_scene=25&_oak_freesia_scene=25
&_oak_rec_ext_1=MjA5MA&_oak_gallery_order=119589827%2C183405809%2C1404075014%2C2070296485%2C1431853645&_oak_mp_inf
=EJWm89Kn1ogBGh1nb29kc19jZm4wNWpfc29sZF9vdXRfc2ltaWxhchciCtnoCGqzM%3D&spec_ids=16057%2C2%2C3002%2C15084%2C150
71&refer_page_el_sn=200970&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763901969270_6c0v4mog0d

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/ChicRevolution-20251123124711028.pdf



**Defendant Name:** ChicRevolution
**Platform:** Temu
**Seller ID:** 634418216683945
**Product ID:** 601099905758276
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/-lab--with---womens-sweatshirts-g-601099905758276.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F15ef17b5675d40c4b004dfa0195d3da9-
goods.jpeg&spec_id=16057&spec_gallery_id=51002&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&
_oak_rec_ext_1=MjA0NQ&_oak_gallery_order=1927052562%2C159667873%2C588920363%2C346271549%2C565407141&_oak_mp_inf=E
MTo7dKn1ogBGhZnb29kc19qd2NmYnZfcmVjb21tZW5kIJaLkoirMw%3D%3D&spec_ids=16057%2C3002%2C15084%2C2%2C15071&refer_p
age_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763906456730_aiskpx1zhv

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/ChicRevolution-20251123140303089.pdf



**Defendant Name:** ChicRevolution
**Platform:** Temu
**Seller ID:** 634418216683945
**Product ID:** 601099855808723
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/----womens-sweatshirts-g-601099855808723.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F5ffab9598e964c8abc09047b3f2a11b1-
goods.jpeg&spec_id=2&spec_gallery_id=44714&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak
_rec_ext_1=MjA5MA&_oak_gallery_order=1308738348%2C769475189%2C148730188%2C1674476217%2C1382240333&_oak_mp_inf=ENO
Rhbun1ogBGhZnb29kc18yamNpanBfcmVjb21tZW5kIInDqoirMw%3D%3D&spec_ids=2%2C3002%2C15071%2C16057%2C15084&refer_pag
e_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763906857176_i55crtluxe

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/ChicRevolution-20251123141146704.pdf



**Defendant Name:** Clothing Heat Transfer
**Platform:** Temu
**Seller ID:** 634418220358463
**Product ID:** 601100456857363
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/4pcs---pattern-decal-iron-on-patch-heat-transfer-iron-on-stickers-iron-on-transfers-for-hoodie-t-shirt-apparel-customization-throw-pillow-diy-canvas-bag-backpacks-t-shirt-g-601100456857363.html?_oak_mp_inf=EJOe0tmp1ogBGiBjMDNiNGZhNzM2YWM0NDdhYTkyODdlYmUzNzU4ZjgzZSCogdamrjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F3a3dade2b6414d07afd7351430ce000e-goods.jpeg&spec_gallery_id=5596297139&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTQ1&_oak_gallery_order=1435890603%2C521553687%2C1520138826%2C1167816886%2C1512345986&search_key=PT1732272&refer_page_el_sn=200049&_x_sessn_id=pl1m3yqht8&refer_page_name=search_result&refer_page_id=10009_1764775790226_rt01oigw47

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251203/ClothingHeatTransfer-20251203153042872.pdf



**Defendant Name:** CNWTX local
**Platform:** Temu
**Seller ID:** 634418223462330
**Product ID:** 601101616534922
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/-distressed-vintage-graphic-t-shirt--220g-cotton-single-sided-printed-crew-neck-short-sleeve-t-shirt-g-601101616534922.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2F4d2b5994%2F35f41476-4d4a-4d8c-94df-eada124ad3d2%2F09b75c07f526f06f1ea9bb06d35b548c.jpeg&spec_id=3002&spec_gallery_id=158081&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=MTAwOA&_oak_gallery_order=1933672724&_oak_mp_inf=Elqrz4Ku1ogBGhZnb29kc18zbnIqYWlfcmVjMjE1tZW5kIMO6jYarMw%3D%3D&spec_ids=3002&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763902185709_2nnptk3inj

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/CNWTXlocal-20251123133933724.pdf



**Defendant Name:** ColdNeon
**Platform:** Temu
**Seller ID:** 634418224253882
**Product ID:** 601101720477772
**Marks Infringed:**

2400358    3417110


**Infringing Product URL:**

https://www.temu.com/xghhtpstudio-unisex-adjustable-baseball-cap-with-bat-wings-graphic-design--foldable-portable-high-contrast-black-white-print-durable--fit-for-casual-sports-sporty-headwear-quality-headgear-g-601101720477772.html?_oak_mp_inf=EMzAl7Su1ogBGiBhMjE1ODk1ZTc0MzM0NzJiYTFmOTk2MGQyM2RhYjM5NiCN69v5rzM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2F20237f049c%2F26fdbea1ff-8287-4a48-bb00-94b4651fe858_800x800.jpeg&spec_gallery_id=203264984444&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjAy&_oak_gallery_order=1427931959%2C556014544%2C93065876%2C1027667348%2C1849674833&search_key=VX3829539&refer_page_el_sn=200049&_x_sessn_id=60zqbptw4u&refer_page_name=search_result&refer_page_id=10009_1765218383831_nbq1v7n3t4


**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251208/ColdNeon-20251208182649851.pdf



**Defendant Name:** Colorful hat shop
**Platform:** Temu
**Seller ID:** 634418222953951
**Product ID:** 601101228455116
**Marks Infringed:**

3417110

**Infringing Product URL:**

https://www.temu.com/--adjustable-unisex-trucker-mesh-baseball-cap-lightweight-breathable-dad-hat-for-outdoor-activities-spring-summer-black-with-white---for-adults-casual-headwear-anime--durable-headgear-spring-accessory-hand-wash--fashion-g-601101228455116.html?_oak_mp_inf=EMzpyMms1ogBGiAwOTQ5MzkxMjBkODE0MmZhYjdlZWVjZjE3YWEyMGFkYiDHmKeprjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F976b0e0b942a4faa936a192eb189a95d-goods.jpeg&spec_gallery_id=201887261213&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTE5&_oak_gallery_order=1689156580%2C680715997%2C105606693%2C1781640248%2C1280363921&search_key=YV2850032&refer_page_el_sn=200049&_x_sessn_id=exgqx000hy&refer_page_name=search_result&refer_page_id=10009_1764781314448_d87y4ur1r1

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251203/Colorfulhatshop-20251203170228000.pdf



**Defendant Name:** Comfy Couture Studio
**Platform:** Temu
**Seller ID:** 634418223375284
**Product ID:** 601104361772429
**Marks Infringed:**

2400358    2306342

**Infringing Product URL:**

https://www.temu.com/-you-clover-graphic-mens-100-cotton-t-shirt-vintage-street-style-graphic-tees-comfortable-crew-neck-short-sleeves-essential-for-mens--used-as-a-gift-casual-wear-summer-clothing--retro-design-breathable-material-g-601104361772429.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F4b588b3700844da9af5b1bf9e62982e2-goods.jpeg&spec_id=2001&spec_gallery_id=379637&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=ODky&_oak_gallery_order=2116952166%2C497056239%2C1031745566&_oak_mp_inf=EI2r05%2B41ogBGhZnb29kc18xZXIweXdfcmVjVjb21tZW5kIOPstZWrMw%3D%3D&spec_ids=2001%2C3002%2C2&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763934303326_mI6u4fkphz

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/ComfyCoutureStudio-20251123215701779.pdf



**Defendant Name:** Control quality
**Platform:** Temu
**Seller ID:** 634418219787914
**Product ID:** 601100211258400
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/mens-casual-olive-green-short-sleeve-t-shirt-with---design-180g-polyester-round-neck-machine-washable--fit-g-601100211258400.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fc71c1c6c78dc41b1a67b424b87898ccc-goods.jpeg&spec_id=16068&spec_gallery_id=61906&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODg3&_oak_gallery_order=576551697%2C1291698542%2C1360442230%2C1967007656&_oak_mp_inf=EKCIxOSo1ogBGiAwNT
kzTkwNWY4NjU0MzU1ODAxODM5ODJhZmMwZGQ4ZCCswZi%2FqjM%3D&spec_ids=16068%2C2001%2C3002%2C15084&search_key=
DH1391613&refer_page_el_sn=200049&_x_sessn_id=8dv15u9s5t&refer_page_name=search_result&refer_page_id=10009_1763753468484_x
kltz3dpf8

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/Controlquality-20251121193132111.pdf



**Defendant Name:** CoolGirl Cloth Local
**Platform:** Temu
**Seller ID:** 634418218947452
**Product ID:** 601103613002345
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/womens----print-hooded-sweatshirt-irish--hoodie-white-casual-pullover-with-hood-long-sleeve-round-neck-sweater-for-st-s-day-outfits-g-601103613002345.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2F292811c1%2F4510bf48-4977-4e08-b19e-11ba6677e571%2F4c07d1a1a49425767b3d8d3e65f68110.jpeg&spec_gallery_id=15067&spec_gallery_id=323333&refer_page_sn=10009&refer_sourc
e=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTQyOQ&_oak_gallery_order=674700252%2C178451446%2C1104963176%
2C1377439460%2C1877185012&_oak_mp_inf=EOmEzrq11ogBGiA3M2Q5MWYyMDU1YmE0MzcxYjZmMzU2NTEyMGY4MjFlMSCBqO22qzM
%3D&spec_ids=15067%2C3002%2C15081%2C2001%2C15084%2C16080%2C16102%2C2&search_key=AA7657121&refer_page_el_sn=20
0049&_x_sessn_id=bjn94gf76c&refer_page_name=search_result&refer_page_id=10009_1764004419043_uo5b0ghc0o

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251124/CoolGirlClothLocal-20251124171408397.pdf



**Defendant Name:** CoolGirl Cloth Local
**Platform:** Temu
**Seller ID:** 634418218947452
**Product ID:** 601103613221221
**Marks Infringed:**

2400358     3417110

**Infringing Product URL:**
https://www.temu.com/women-s----white-lettering-hoodie-soft-casual-long-sleeve-round-neck-sweatshirt-irish--design--comfortable-pullover-for-st-s-day-outfits-black-g-601103613221221.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F0ea0f56f-ce72-4327-a89f-175b0f57665d.jpg&spec_id=2001&spec_gallery_id=324804&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTMyMA&_oak_gallery_order=447298780%2C1010672411%2C51129950%2C412409298%2C215134879&_oak_mp_inf=EOWy27q11ogBGiA4YjNmNjEzNmVkODg0NTI2YjkwN2NjNzEzM2EwZTBiMCDW6lG3qzM%3D&spec_ids=2001%2C3002%2C15081%2C15071&search_key=UW7653348&refer_page_el_sn=200049&_x_sessn_id=bjn94gf76c&refer_page_name=search_result&refer_page_id=10009_1764004755132_g8pgkct5sy

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251124/CoolGirlClothLocal-20251124171946378.pdf



**Defendant Name:** Core core XieXing
**Platform:** Temu
**Seller ID:** 757440949702
**Product ID:** 601101930979977
**Marks Infringed:**

3417110

**Infringing Product URL:**

https://www.temu.com/goods.html?
_bg_fs=1&refer_share_id=HpZ9m6Bf8rTpphxiipvZnPK3ubE8cCOC&refer_share_channel=copy_link&share_img=https%3A%2F%2Fimg.kwcd
n.com%2Fproduct%2Fopen%2F93884f15a50b4764b73c25fb7dd1dea0-
goods.jpeg&from_share=1&share_ui_type=0&share_imessage_opt=1&goods_id=601101930979977&_oak_page_source=417&_oak_region=211
&refer_share_suin=RSSBCDM4MJ7KE6BIKBQGA3QD3KY7BWIFHUNDTCKNZWMEG2Q6EKH2FJRWE3I32SG6LWPTWV6CLY&_oaksn_=eSJ
c5Pp1tUxBHKpYy8JmZvz9dwKHM%2B4T%2FSu%2F4JKx0MM%3D

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/CorecoreXieXing-20251120172608364.pdf



**Defendant Name:**Core core XieXing
**Platform:** Temu
**Seller ID:** 757440949702
**Product ID:**601101930979977
**Marks Infringed:**

3417110

**Infringing Product URL:**

https://www.temu.com/--brand-baseball-cap-adjustable-trucker-hat-for-men-and-women-outdoor-activities-dad-hat-unisex-g-601101930979977.html?
_oak_mp_inf=EInFx5iv1ogBGhZnb29kc19wcTdmbGlfcmVjb21tZW5kIlGSzpiqMw%3D%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.co
m%2Fproduct%2Fopen%2Fe22b4952b1964020b163b96b612888b3-
goods.jpeg&spec_gallery_id=204417954919&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_re
c_ext_1=Njg3&_oak_gallery_order=1431561858%2C321938035%2C826081886%2C1633481276%2C1393903480&refer_page_el_sn=20044
4&_x_sessn_id=c2zbu4xy8y&refer_page_name=goods&refer_page_id=10032_1763672557645_005v1cm9n0

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/CorecoreXieXing-20251120210420764.pdf



**Defendant Name:** CosmoACraft
**Platform:** Temu
**Seller ID:** 634418227410224
**Product ID:** 601105086630339
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/mens-womens--clover--graphic-t-shirt-unisex-casual-short-sleeve-crew-neck-cotton-tee-lightweight-for--irish-good-luck-symbol-apparel-g-601105086630339.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F4e53e68af9124be6b05f80c3b898c5d7-goods.jpeg&spec_id=20832&spec_gallery_id=431683&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=NTU5&_oak_gallery_order=1525523886%2C1919610354&_oak_mp_inf=EMOTpfm61ogBGhZnb29kc18xZXlweXdfcmVjb21tZW5kLstZWrMw%3D%3D&spec_ids=20832&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763934303326_ml6u4fkphz

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/CosmoACraft-20251123215552606.pdf



**Defendant Name:** CTRO1563shop
**Platform:** Temu
**Seller ID:** 741070851736737
**Product ID:** 602952286763978
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/-shamrock-pattern-print-men-s-comfy-t-shirt-graphic-tee-men-s-summer-outdoor-clothes-men-s-clothing--for-men-tee-for-adult-men-women-teen-teenager-adolescent-youth-g-602952286763978.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F6e15c86e%2F5a6d7964-d4a6-43fb-91be-4db34e72feb2%2F0ddcca88fa6dcf3430eab6f0130e2f58.jpeg&spec_id=3002&spec_gallery_id=310702&refer_page_sn=10009&refer_sourc
e=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzQx&_oak_gallery_order=417453572&_oak_mp_inf=EMr3%2BaacjIkBGiAyMj
M0YjRlMWZiYmU0MGE5YmU0NzFmMmU0N2I2NzZiOSCzsqW%2FqjM%3D&spec_ids=3002&search_key=46W52WQXG&refer_page_el_sn
=200049&_x_sessn_id=8dv15u9s5t&refer_page_name=search_result&refer_page_id=10009_1763753679554_dsj93jlqet

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/CTRO1563shop-20251121193459692.pdf



**Defendant Name:** Curved Moon Fashion Circle
**Platform:** Temu
**Seller ID:** 634418222262446
**Product ID:** 601102404584547
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/1pc-baseball-cap-lightweight-breathable-hat-with--text--design-adjustable-snapback-closure-for-men--for-halloween-st-patricks-day-sports-gym-travel-irish-good-luck-symbol-gift-idea-casual-headwear-stylish-snapback-airflow-enhancing-design-g-601102404584547.html?
_oak_mp_inf=EOOIsvqw1ogBGiBhNGRiOWVjNTQzZTk0ZGQ1OTZhNWU5OTA4Nzk1Y1Y2E0MSC3j8j5rzM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2a8d0deb7e17413fae2dc3d6442b095c-goods.jpeg&spec_gallery_id=206466077472&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDg3&_oak_gallery_order=1853566609%2C585090100%2C1619325517%2C730234901%2C1512200976&search_key=KP5215238&refer_page_el_sn=200049&_x_sessn_id=60zqbptw4u&refer_page_name=search_result&refer_page_id=10009_1765218060803_tjjtj9832q

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251208/CurvedMoonFashionCircle-20251208182126854.pdf



**Defendant Name:** DapperMen
**Platform:** Temu
**Seller ID:** 634418216167525
**Product ID:** 601099642381090
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/plus-size-mens-summer-t-shirt--with--graphic-print-short-sleeve-tees-trend-casual--for-daily-life-big-tall-guys-g-601099642381090.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2024-08-18%2F1723980619216-0e2ee8cc5a074e0eab1fad26601bc239-goods.jpeg&spec_id=15071&spec_gallery_id=6528&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTI3Mg&_oak_gallery_order=1615007887%2C1393585118%2C1604694153%2C1964263950&_oak_mp_inf=EKLGotWm1ogBGiA0Y2NjNTAyZTdhNzc0OWFkYWE3NDkxNTBhMjI4NmRlNSDP3oaSqjM%3D&spec_ids=15071%2C15067%2C3002&search_key=FU261226&refer_page_el_sn=200049&_x_sessn_id=0kjqixih7x&refer_page_name=search_result&refer_page_id=10009_1763658805614_fsymkk04t0

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/DapperMen-20251120171350797.pdf



**Defendant Name:** DERELLY
**Platform:** Temu
**Seller ID:** 634418220593910
**Product ID:** 601102526349759
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/men-s-heavyweight-180gsm-cotton-t-shirt--letter-graphic-tee-dark-color-breathable-crewneck-shirt-for-everyday-formal-wear--casual--outfit-short-sleeve-tee-comfortable-material-printed-tee-streetwear-style-g-601102526349759.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F3787e72fe07e4437a0cf798797f44e63-goods.jpeg&spec_id=20832&spec_gallery_id=233211&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njk3&_oak_gallery_order=1219197847&_oak_mp_inf=EL%2BDurSx1ogBGiBINWRkYmNjZWM2ZmI0NTE1YWQ3ZDY1NTMxOTVhZDEwZCDM5fHWrjM%3D&spec_ids=20832&search_key=HF5457176&refer_page_el_sn=200049&_x_sessn_id=bj04eku34h&refer_page_name=search_result&refer_page_id=10009_1764876907869_e1l3gutel4

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251204/DERELLY-20251204193533995.pdf



**Defendant Name:** DIY Heat Transfer custom
**Platform:** Temu
**Seller ID:** 634418219264560
**Product ID:** 601100514435053
**Marks Infringed:**

1646123

**Infringing Product URL:**

https://www.temu.com/1pc--brand-heat-transfer-decal-sporty-game-console-design-durable-washable-polyurethane-iron-on-patch-for-diy-t-shirts-hoodies-pillows-black-white-artwork-with--lettering-iron-on-patches-g-601100514435053.html?_oak_mp_inf=EO2%2FjPWp1ogBGiBmYTg2YmI1NThhNTQ0NGVjYjg3N2E5ZWI2YTcwYmEyNSD1zcrIqzM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Ff6b3af6f7e154b30a18d562921f536c0-goods.jpeg&spec_gallery_id=5525559739&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Mjkx&_oak_gallery_order=1265465485%2C1444244123%2C1610760558%2C992688825%2C171676337&search_key=lucky%20brands&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764102414410_jc15cr9ius&_x_sessn_id=m84qwj1g8w

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251125/DIYHeatTransfercustom-20251125202743468.pdf



**Defendant Name:** DIY Heat Transfer custom
**Platform:** Temu
**Seller ID:** 634418219264560
**Product ID:** 601100517688661
**Marks Infringed:**

3417110     1646123

**Infringing Product URL:**
https://www.temu.com/1pc-sporty-style-themed-heat-transfer-decal-durable-washable-polyurethane-colorful-gaming-console-design-iron-on-patch-for-diy-t-shirts-hoodies-pillows-adult-g-601100517688661.html?_oak_mp_inf=ENWK0%2Fap1ogBGiAyOGI5YTgwZDNjMmU0MjFiYWI3ZGEyYTBhOTY4ZDNlMyDfu%2BfIqzM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2Fc7b0507643re44046bced881-goods.jpeg&spec_gallery_id=5523005674&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MzA2&_oak_gallery_order=1998675087%2C210915783%2C718939122%2C1308592085%2C625326216&search_key=KB1798276&refer_page_el_sn=200049&_x_sessn_id=5py62qbfqf&refer_page_name=search_result&refer_page_id=10009_1764102890490_p831ffit8n

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251125/DIYHeatTransfercustom-20251125203539739.pdf



**Defendant Name:** Dokkalfr
**Platform:** Temu
**Seller ID:** 634418224451724
**Product ID:** 601105311634263
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**
https://www.temu.com/mens-st-patricks-day-graphic-t-shirt--clover-print-crew-neck-short-sleeve-casual-tee-for-daily-wear-and---wear-with-heat-transfer-printing-g-601105311634263.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fab5756315fec4250a2a3a31547e5bc65-goods.jpeg&spec_id=20832&spec_gallery_id=452531&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=NTQw&_oak_gallery_order=498730034&_oak_mp_inf=ENemyuS71ogBGhZnb29kc191cG93MmZfcmVjb21tZW5kINKdiJSrMw%3D%3D&spec_ids=20832&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763907203100_sxs6c65emh

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/Dokkalfr-20251123211436529.pdf



**Defendant Name:** Donjunlio
**Platform:** Temu
**Seller ID:** 634418223124183
**Product ID:** 601103555903304
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/mens-oversized--clover-print-t-shirt-irish-good-luck-symbol-white---graphic-casual-streetwear-summer-tee-for-men-plus-size--size-t-shirts-plus-size-extra-large--t-shirt-graphic-plus-size-shirts-plus-size-shirts-graphic-plus-size-graphic-summer-shirts-t-shirt-in-big-size-t-shirt-big-size-oversized-tshirts-plus-men-plus-size-graphic-shirts-summer-patched-tshirt-plus-size-plus-size-shirt-graphic-shirt-that--big-g-601103555903304.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2F3eec03bc%2F4d2c1915-8e58-4e61-a116-
70800c3b4c07%2Fa9e835bb5d4507b6d47c61d1bb2980f0.jpeg&spec_id=2001&spec_gallery_id=313696&refer_page_sn=10032&refer_sour
ce=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=Nzkw&_oak_gallery_order=1352834538%2C267396144&_oak_mp_inf=
EMj%2BsJ%2B11ogBGhZnb29kc19oZDM3NmtfcmVjb21tZW5kllyY88OqMw%3D%3D&spec_ids=2001%2C3002&refer_page_el_sn=200444
&_x_sessn_id=l4ptasiw8q&refer_page_name=goods&refer_page_id=10032_1763763342015_9wl9i9n1hn

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/Donjunlio-20251121221810396.pdf



**Defendant Name:** Duo Zhao clothing
**Platform:** Temu
**Seller ID:** 634418219695980
**Product ID:** 601100208551407
**Marks Infringed:**

2400358     3417110

**Infringing Product URL:**
https://www.temu.com/mens-navy-blue-casual-crew-neck-t-shirt-with--print--design-short-sleeve-summer-style-machine-washable-everyday-tshirt-crew-neck-tee-solid-color-tee-casual-t-shirts-g-601100208551407.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F0bfb4859-0343-4a83-94f8-fdeabf8259f2.jpg&spec_id=2001&spec_gallery_id=65407&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTc2&_oak_gallery_order=549141594%2C1703667587%2C1397052287&_oak_mp_inf=EO%2FrnuOo1ogBGiAzY2UwYTEzNzU4YzA0NWRhYWRkY2RhZTkzMjExOWMyMyCL%2FejWrjM%3D&spec_ids=2001%2C3002%2C16091&search_key=WV1387300&refer_page_el_sn=200049&_x_sessn_id=u6mj9jckot&refer_page_name=search_result&refer_page_id=10009_1764876763414_gj40e3fsh2

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251204/DuoZhaoclothing-20251204193311994.pdf



**Defendant Name:** DUSTY ANGELS
**Platform:** Temu
**Seller ID:** 634418219820755
**Product ID:** 601101641132821
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/--cotton-men-s-t-shirt-with--g-601101641132821.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F527dae4b70da42eb9061677ba7159abe-
goods.jpeg&spec_id=16086&spec_gallery_id=161655&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11
&_oak_rec_ext_1=MTUwMA&_oak_gallery_order=1649920055%2C731613181%2C1635371226%2C730443325&_oak_mp_inf=EJXWrl6u1ogB
GhZnb29kc193ZGInZmFfcmVjb21tZW5kINOxhsSqMw%3D%3D&spec_ids=16086%2C2%2C15071%2C3002&refer_el_sn=200444&_x_
sessn_id=I4ptasjw8g&refer_page_name=goods&refer_page_id=10032_1763763656689_cbdIn0x34f

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/DUSTYANGELS-20251121222206033.pdf



**Defendant Name:** DUSTY ANGELS
**Platform:** Temu
**Seller ID:** 634418219820755
**Product ID:** 601101641208066
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/--cotton-mens-t-shirt-with--g-601101641208066.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F4e0208b6addb432c96ea052218cd489b-
goods.jpeg&spec_id=3002&spec_gallery_id=159841&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&
_oak_rec_ext_1=MTQ5Mw&_oak_gallery_order=1467991093%2C1961653017%2C1422333341%2C1096097620&_oak_mp_inf=EIKisY6u1ogB
GhZnb29kc191azM3ZXJfcmVjb21tZW5kIKeDhuqqMw%3D%3D&spec_ids=3002%2C15071%2C16086%2C2&refer_page_el_sn=200444&_x_
sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763843342471_q3xba8y1m0

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251122/DUSTYANGELS-20251122203230537.pdf



**Defendant Name:** DUSTY ANGELS
**Platform:** Temu
**Seller ID:** 634418219820755
**Product ID:** 601101641208066
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/--cotton-men-s-t-shirt-with--g-601101641208066.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Faeb4a84a4abc4c1bb9d30b763561d7e8-
goods.jpeg&spec_id=15071&spec_gallery_id=159826&refer_page_sn=10032&refer_source=0&freesia_scene=704&_oak_freesia_scene=704
&_oak_rec_ext_1=MTQ5Mw&_oak_gallery_order=1422333341%2C1096097620%2C1467991093%2C19616530178_oak_mp_inf=ElKisY6u1og
BGhRzZW1pX2ZpbmRRfc2ltX3huMDIyaCD%2Bur%2BlqzM%3D&spec_ids=15071%2C16086%2C2%2C3002&refer_page_el_sn=233253&_x_
sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763907197237_n0oerrv1o7

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/DUSTYANGELS-20251123141338101.pdf



**Defendant Name:** E Aruru
**Platform:** Temu
**Seller ID:** 634418217362966
**Product ID:** 601103394373485
**Marks Infringed:**

2400358     3417110

**Infringing Product URL:**
https://www.temu.com/-clover-print-baseball-cap-unisex-irish--hat-with---lettering-breathable-textile-fabric--fit-for-st-patrick-s-day-
everyday-formal-events-men-women-fashion-versatile-fisherman-hat-in-neutral-colors-durable-comfortable-for-activities-casual-festive-
--with--print-g-601103394373485.html?
_oak_mp_inf=EO3%2BrdK01ogBGiAzZTUwZTdhMDYzOGQ0N2UyYjYwZGJmZWY2MmRhZDAxYSDdiOCYqjM%3D&top_gallery_url=https%3
A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F69fb931879fd4bb09bf872ee38df185a-
goods.jpeg&spec_gallery_id=210345635989&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext
_1=NDY4&_oak_gallery_order=1767077031%2C1051356174%2C303403541%2C1781116318&search_key=KD7212327&refer_page_el_sn=200
049&refer_page_name=search_result&refer_page_id=10009_1763672721012_ci6tb729ts&_x_sessn_id=c2zbu4xy8y

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/EAruru-20251120210801187.pdf



**Defendant Name:** ERHUANGN
**Platform:** Temu
**Seller ID:** 634418220229440
**Product ID:** 601101284553243
**Marks Infringed:**

3981713

**Infringing Product URL:**

https://www.temu.com/womens-white--brand-graphic-t-shirt-casual-short-sleeve-round-neck-soft-polyester-blend-rock-roll-design-with-guitar-wings--summer-casual-attire-graphic-tee-stretch-fabric-g-601101284553243.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F43068c628ed14eab8875855906f8075c-
goods.jpeg&spec_id=2001&spec_gallery_id=141892&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_
rec_ext_1=OTIw&_oak_gallery_order=2091073532%2C1809887374&_oak_mp_inf=EJvkqOSs1ogBGiA3NGY3M2YzNGExYzE0ZDViOWRmOG
VhZjc1YjY2YWI3NCDGkfeXqjM%3D&spec_ids=2001&search_key=UW2954635&refer_page_el_sn=200049&_x_sessn_id=c2zbu4xy8y&refer
_page_name=search_result&refer_page_id=10009_1763671133105_fsv53lharh

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/ERHUANGN-20251120203924698.pdf



**Defendant Name:** ERHUANGN
**Platform:** Temu
**Seller ID:** 634418220229440
**Product ID:** 601101252302497
**Marks Infringed:**

3981713

**Infringing Product URL:**
https://www.temu.com/womens-summer-black-short-sleeve-casual-t-shirt-3018-g-601101252302497.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2877f1e283554e2db683dd2a6b1cdbc8-
goods.jpeg&spec_id=3002&spec_gallery_id=131930&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak
_rec_ext_1=ODQ2&_oak_gallery_order=1812407260&_oak_mp_inf=EKGt%2BNSs1ogBGiBjODZlYzhjYTc2Nzc0OWY1ODJkNDc3YWQwMTE2N
jFjNiD2ofPBqjM%3D&spec_ids=3002&search_key=UH2892871&refer_page_el_sn=200049&_x_sessn_id=yyzipdvfx1&refer_page_name=sea
rch_result&refer_page_id=10009_1763759149884_rvvck5nlu9

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/ERHUANGN-20251121210622639.pdf



**Defendant Name:** ert dzz
**Platform:** Temu
**Seller ID:** 634418221114792
**Product ID:** 601100740415737
**Marks Infringed:**

1646123

**Infringing Product URL:**

https://www.temu.com/home-accentuation-tough-to--brand-jeans-vintage-metal-wall-art-8x12-inch-rustic-iron-sign-with-dice-and--los-angeles-est-1991--home-office-or-bar-decor-retro-wall-sig-g-601100740415737.html?_oak_mp_inf=EPmh7eCq1ogBGiA5YzZiNDgwMTgxY2M0YjUyYjY4OGMwYWJiMzNjZjBhNyCMxeDdrTM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fac3cbfdf-f576-47e7-83a5-8deb4284dfc2.jpg&spec_gallery_id=6264864443&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTg0&_oak_gallery_order=626428148%2C270901487%2C995001592%2C2031867855&search_key=YN2110116&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764622786078_6zmhflu4zr&_x_sessn_id=j1pt7x1woz

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/ertdzz-20251201210143450.pdf



**Defendant Name:** FCJTH
**Platform:** Temu
**Seller ID:** 634418226492656
**Product ID:** 601104121292919
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**
https://www.temu.com/mens--clover-print-t-shirt-100-220gsm-crew-neck-short-sleeve--casual-tee-with---lettering-design-irish-good-luck-symbol-comfortable-casual-attire-for-st-patricks-day-everyday-outfits-g-601104121292919.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F37ae651326cb4a17912f1767e4283880-goods.jpeg&spec_id=20832&spec_gallery_id=361735&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Mzcx&_oak_gallery_order=1712558321&_oak_mp_inf=EPfQ%2Fay31ogBGiA2NTY3MWI3ZTk5ZDg0NTAwYjBjOTBlYjc2ZWNhNGRkZiC87%2F7drTM%3D&spec_ids=20832&search_key=EF8696090&refer_page_el_sn=200049&_x_sessn_id=6y3zf1bgqf&refer_page_name=search_result&refer_page_id=10009_1764623366836_czgnyd67px

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/FCJTH-20251201210956808.pdf



**Defendant Name:** FemmeAura
**Platform:** Temu
**Seller ID:** 634418216683837
**Product ID:** 601099725231056
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/----women-s-sweatshirts-g-601099725231056.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F69ef7ba4527049c1a643206cfbe2fe07-
goods.jpeg&spec_id=15071&spec_gallery_id=12768&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_
oak_rec_ext_1=MTkwOA&_oak_gallery_order=341249182%2C1117215131%2C1180079845%2C719027771%2C1136171527&_oak_mp_inf=ENC
n4%2Fym1ogBGhZnb29kc19qd2NmYnZfcmVjb21tZW5kIJmLkoirMw%3D%3D&spec_ids=15071%2C2%2C15084%2C16057%2C3002&refer_
page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763906456730_aiskpx1zhv

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/FemmeAura-20251123140426751.pdf



**Defendant Name:** FIANYU
**Platform:** Temu
**Seller ID:** 634418226118374
**Product ID:** 601104215536902
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**
https://www.temu.com/men-s--clover-graphic-t-shirt--with-white--design--lettering-3x-size-casual-round-neck-tee-for-st-patrick-s-day-casual-attire-year-round--charm-apparel-g-601104215536902.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Feee4c821%2Fd08cd997-bb82-4de7-958f-
1d32e7d2c21d%2F1eb8b5f55ef6dc01abd8a3815f33c2a7.jpeg&spec_id=3002&spec_gallery_id=369329&refer_page_sn=10009&refer_sourc
e=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTQz&_oak_gallery_order=466296342&_oak_mp_inf=EIbq9dm31ogBGiBmMz
IwYzYyZTNjMTU0ZDkwOTY1MzUzZjA4MzY0NjBhNCCwv6v5rzM%3D&spec_ids=3002&search_key=LL8891680&refer_page_el_sn=20004
9&_x_sessn_id=60zqbptw4u&refer_page_name=search_result&refer_page_id=10009_1765217591760_pw14o18bxn

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251208/FIANYU-20251208181333478.pdf



**Defendant Name:** FINEST MASTERPIECES
**Platform:** Temu
**Seller ID:** 634418212798772
**Product ID:** 601102540852125
**Marks Infringed:**

1646123

**Infringing Product URL:**
https://www.temu.com/2d-flat-1pc-vintage---american-denim-brand-tin-sign-los-angeles-collectible-wall-art-812-inch-2d-flat--room-decor-g-601102540852125.html?
_oak_mp_inf=EJ2Xr7ux1ogBGiA4YzkxMmU4ZjFiYjY0NWVhYTI0YTkzYWU5MDIzMGExZCCr%2BJvXrTM%3D&top_gallery_url=https%3A%2
F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fa1a90f047635403db278a417e80c9894-
goods.jpeg&spec_gallery_id=206728647299&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ex
t_1=NTEz&_oak_gallery_order=1322173905%2C1014898482%2C2003777865%2C1211579290%2C1491557553&search_key=brand%20luck
y&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764609079158_u19iwg6cec&_x_sessn_id=mjcq1rlxtq

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/FINESTMASTERPIECES-20251201171326348.pdf



**Defendant Name:** Fisshshop
**Platform:** Temu
**Seller ID:** 741070851922219
**Product ID:** 602976848544104
**Marks Infringed:**

3104220

**Infringing Product URL:**

https://www.temu.com/mens-briefs-3-pack-6-inseam-soft-boxers-men-stretch-mens-underwear-briefs-g-602976848544104.html?_oak_mp_inf=EOiC9ub3jIkBGiA2ZmM0ZTI4YzhkZWU0OTEzODgyMGU5MmZjYWE1NTU2ZiDSj6yFrDM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F714775f9%2F12f73c70-8d2f-45e3-bb95-4ad95622a018%2Faf2502e64d7830139ab09c20636f5014.jpeg&spec_gallery_id=216743227987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODc0NQ&_oak_gallery_order=642068589%2C402933144%2C1428412795%2C1431345638%2C395338949&search_key=58GK20168&refer_page_el_sn=200049&_x_sessn_id=cqql73ldwb&refer_page_name=search_result&refer_page_id=10009_1764169025363_ogilk3qvp2

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251126/Fisshshop-20251126145747158.pdf



**Defendant Name:** FLTSHIRT
**Platform:** Temu
**Seller ID:** 4651477071606
**Product ID:** 601101662573342
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**
https://www.temu.com/womens-casual-crew-neck-sweatshirt-with--letter-print-soft-polyester-long-sleeve-round-neck---green-ladies-sweaters-and-hoodies-g-601101662573342.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffmket%2F6b19ce0b98feb5473aa998570d57f5e4.jpg&spec_id=15083&spec_gallery_id=1&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTM0OQ&_oak_gallery_order=2107126973%2C1829391637&_oak_name_id=8606072297343161868&_oak_mp_inf=EJ6myZiu1ogBGiA1NzI5NDkxODdjYTU0ZTVmO
GI2OTFjMGFhNmVIMzBkMyCO4P62qzM%3D&spec_ids=15083&search_key=UX3711957&refer_page_el_sn=200049&_x_sessn_id=ousufm6
d28&refer_page_name=search_result&refer_page_id=10009_1764004704886_rIxtaa15Ik

**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251124/FLTSHIRT-20251124171855663.pdf



**Defendant Name:** fqXccVfK
**Platform:** Temu
**Seller ID:** 634418225954935
**Product ID:** 601105276464865
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/mens--clover-graphic-print-t-shirt-classic-crew-neck-short-sleeve-casual-streetwear----travel-clothing-vacation-t-shirt-mountain-bike-accessory-180gsm-everyday-t-shirt-casual-attire-statement-outfit-g-601105276464865.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fd3a06e9350564abc84956af294161c8e-goods.jpeg&spec_id=20832&spec_gallery_id=447320&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=NTAw&_oak_gallery_order=770923200%2C1229140805&_oak_mp_inf=EOHd59O71ogBGhZnb29kc19naWh0cXBfcmVjVjb21tZW5kIKeCz8OqMw%3D%3D&spec_ids=20832&refer_page_el_sn=200444&_x_sessn_id=I4ptasjw8g&refer_page_name=goods&refer_page_id=10032_1763762749466_yj8y99kIqu

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/fqXccVfK-20251121220641017.pdf



**Defendant Name:** Full Size Fashion
**Platform:** Temu
**Seller ID:** 634418219278702
**Product ID:** 601099952618280
**Marks Infringed:**

2400358   3417110

**Infringing Product URL:**

https://www.temu.com/clover--crinkle-plus-size-mens-t-shirt-g-601099952618280.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2024-09-25%2F1727270762186-
b1377d5a777846b3b38e637f2be1fdda-
goods.jpeg&spec_id=15067&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak
_rec_ext_1=MTE5MQ&_oak_gallery_order=306202672%2C944819976%2C1295172337%2C876675191%2C443402124&_oak_mp_inf=EKj2m
emn1ogBGiAxZTliMjdhNjI2NGI0NzIhOGRlOTRmMTBiMTM2OWY2YSC3jYCSqjM%3D&spec_ids=15067%2C2001%2C3002%2C15071&searc
h_key=AK888438&refer_page_el_sn=200049&_x_sessn_id=yIzwtnffli&refer_page_name=search_result&refer_page_id=10009_17636586968
33_eru99u35be

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/FullSizeFashion-20251120171204622.pdf



**Defendant Name:** G426442'shop
**Platform:** Temu
**Seller ID:** 741070851738207
**Product ID:** 602390451304540
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/-shamrock-pattern-print-mens-comfy-t-shirt-graphic-tee-mens-summer-outdoor-clothes-mens-clothing--for-men-tee-for-adult-men-women-adult-adult-adolescent-youth-g-602390451304540.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F9f17fc41%2Fe3f805aa-c614-43d1-8df7-d7c58617371d%2F0ddcca88fa6dcf3430eab6f0130e2f58.jpeg&spec_id=3002&spec_gallery_id=337857&refer_page_sn=10009&refer_sourc
e=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjU0&_oak_gallery_order=1946724866&_oak_mp_inf=ENzw9qbv%2B4gBGiA
yODdjMTZmY2RmY2Y0N2JjOWIxNGExNGMM0OWY0MzM0MiC5%2FZy%2FqjM%3D&spec_ids=3002&search_key=49342385X&refer_page
_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1763753468484_xkltz3dpf8&_x_sessn_id=8dv15u9s5t

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/G426442shop-20251121193240729.pdf



**Defendant Name:** GlamorFusion
**Platform:** Temu
**Seller ID:** 634418214618293
**Product ID:** 601099902986932
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/-clover--womens-sweatshirt-g-601099902986932.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F6f86fdd56a334bb493fe0b0828719399-
goods.jpeg&spec_id=15071&spec_gallery_id=45848&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_
rec_ext_1=MjA5MA&_oak_gallery_order=1736747487%2C1231774102&_oak_mp_inf=ELTVxNGn1ogBGiBIY2U3NzhjNTljYmM0YWJiOTM3Y2Ex
YjYwZDAzZjdhZCCFwsHrqTM%3D&spec_ids=15071%2C15084&search_key=JM786682&refer_page_el_sn=200049&_x_sessn_id=4pr5t0go
0a&refer_page_name=search_result&refer_page_id=10009_1763577980002_b7jjbbd2g2

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/GlamorFusion-20251119184645267.pdf



**Defendant Name:** GOLDENGATE BUSINES
**Platform:** Temu
**Seller ID:** 741070851733863
**Product ID:** 602792299225294
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/everyday--men-s-casual-crew-neck-t-shirt-with-geometric--clover-print-100-cotton-knit-fabric--short-sleeve-tee-able-clothing-casual-fashion-durable-fabric-g-602792299225294.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F364ee495%2F6c120b8d-93b2-47ad-84b9-3f0c5176d580%2F3781a1f35f34fcee42f7ed8459b5d059.jpeg&spec_id=2001&spec_gallery_id=269106&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=Njg1&_oak_gallery_order=1939255085%2C524982517&_oak_mp_inf=EM7B%2BabIh4kBGhZnb29kc18zeWpmdG5fcmVjb21tZW5kIOeDjZSrMw%3D%3D&spec_ids=2001%2C3002&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763931537395_i4gyzeqyaa

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/GOLDENGATEBUSINES-20251123205958856.pdf



**Defendant Name:** GONEW
**Platform:** Temu
**Seller ID:** 634418211650474
**Product ID:** 601099951397417
**Marks Infringed:**

2400358     3417110

**Infringing Product URL:**

https://www.temu.com/mens--clover-graphic-tee-navy-blue-casual-crew-neck-short-sleeve-t-shirt-lightweight-summer-top-with-golden-geometric-print-comfortable-polyester-blend-for-casual-attire-g-601099951397417.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F28b1e68ce4194d1487032d6522a89094-goods.jpeg&spec_id=3002&spec_gallery_id=34717&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTAzOQ&_oak_gallery_order=1682323459%2C1246224317%2C48408296%2C800909627&_oak_mp_inf=EKm0z%2Bin1ogBGiA3ODFlOGQyMjVIYWI0NTRhOTMzODA5YjQ0NjYwMjM4M4YiCi0YOSqjM%3D&spec_ids=3002%2C15071%2C2001%2C16086&search_key=XG883363&refer_page_el_sn=200049&_x_sessn_id=0kjqixih7x&refer_page_name=search_result&refer_page_id=10009_1763658754874_fbnnu1qyrk

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/GONEW-20251120171259581.pdf



**Defendant Name:** Great stickers
**Platform:** Temu
**Seller ID:** 634418222415257
**Product ID:** 601100966709070
**Marks Infringed:**

5967924   3417110   2400358

**Infringing Product URL:**

https://www.temu.com/14pcs-4pcs-modern-minimalist--clover-mug-with-lid-and-straw-unique-gift-for-coffee-loversuv-transfer-sticker-and-scratch-resistant-self--sticker-suitable-for-high-quality-3d-crystal-labels-on-a--of-smooth-items-g-601100966709070.html?_oak_mp_inf=EM6O4cyr1ogBGiA5N2JmMTM2ZWI4NTQ0ODdjYTZmZGRhODExYzI5ODIzNCDzuKrxqTM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Ffbbc7e867993498d9199f8ee972d6886-goods.jpeg&spec_gallery_id=200581727272&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MzMz&_oak_gallery_order=2107519100%2C508441080%2C1086686408%2C788016777%2C1166429703&search_key=lucky%20mug&refer_page_el_sn=200049&_x_sessn_id=inc34uhdwe&refer_page_name=search_result&refer_page_id=10009_1763590057824_gpgnvw5zw7

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/Greatstickers-20251119221008057.pdf



**Defendant Name:** GUANGYONGRUI CLOTHING
**Platform:** Temu
**Seller ID:** 634418224025482
**Product ID:** 601102048758212
**Marks Infringed:**

2306342    2400358

**Infringing Product URL:**

https://www.temu.com/mens--you-cotton-t-shirt-black-casual-crew-neck-short-sleeve-tee-with-golden-geometric-print-soft-breathable-fabric--casual-attire-comfortable-clothing-geometric-print-shirt-cotton-tshirt-g-601102048758212.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F669cfd59f6f7445e841d8bfd4cfcdc8b-goods.jpeg&spec_id=2001&spec_gallery_id=190952&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTI4MA&_oak_gallery_order=1011081800%2C732154412&_oak_mp_inf=EMST3NCv1ogBGiA0MDJmYjRhMDQzYWQ0YWNmYTdmZDc1MzQ5ZmRmYmVmZCCuqP3xqTM%3D&spec_ids=2001%2C3002&search_key=VJ4492323&refer_page_el_sn=200049&_x_sessn_id=cw4zze9hvf&refer_page_name=search_result&refer_page_id=10009_1763591542832_zl02h1dw3f

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251119/GUANGYONGRUICLOTHING-20251119223254628.pdf



**Defendant Name:** GZYUQIAOBAIHUO
**Platform:** Temu
**Seller ID:** 634418214708945
**Product ID:** 601100095814607
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/mens-casual-crew-neck-t-shirt-100-polyester-knit--clover-print---fit-machine-washable-durable-ideal-for-gifts-casual-attire-gift-tshirt-printed-casual-top-smooth-texture-shirt-g-601100095814607.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F0525a97%2Fd28145e2-093b-49e0-8f2f-50fb94f16ae0%2F3781a1f35f34fcee42f7ed8459b5d059.jpeg&spec_id=2001&spec_gallery_id=50707&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=ODE4&_oak_gallery_order=897763383%2C2119587282&_oak_mp_inf=EM%2F3va2o1ogBGhZnb29kc18zeGd0ZnhfcmVjVjb21tZW5kIK%2FXI%2BqMw%3D%3D&spec_ids=2001%2C3002&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763843631714_y6z5c8np6k

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251122/GZYUQIAOBAIHUO-20251122203444392.pdf



**Defendant Name:** Halleys Comet
**Platform:** Temu
**Seller ID:** 634418217378259
**Product ID:** 601100126058131
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/-boys-girls-casual-short-sleeve-t-shirt-summer--round-neck-printed-top-with--text-clover--polyester-spandex-blend-vibrant-orange--casual-attire-summer-t-shirts-g-601100126058131.html?
top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fd31601c209ae47998cfae9244325cf6e-goods.jpeg&spec_id=2&spec_gallery_id=57590&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njl1&_oak_gallery_order=1609754907%2C1501910465%2C207024513%2C318065854%2C1101189868&_oak_mp_inf=EJPt87uo1ogBGi
BhNjI0YzRhZjczZWI0Y2IxYjM4YjVkOWZmOWVhZDRmMiCK%2FqferTM%3D&spec_ids=2%2C3002%2C16068%2C16072%2C16075&searc
h_key=LY1237666&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1764623867604_64fhgmev92&_x_se
ssn_id=yvazc7gonm

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251201/HalleysComet-20251201212109968.pdf



**Defendant Name:** HarborNook
**Platform:** Temu
**Seller ID:** 634418225169916
**Product ID:** 601104215425603
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/men-s--white--t-shirt-irish-good-luck-symbol--retro--print--fit-round-neck-casual-st-s-day-apparel-durable--machine-washable-g-601104215425603.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2F3d395975%2Fa1b71193-8485-4cba-86ab-33ad2afd32fc%2F1eb8b5f55ef6dc01abd8a3815f33c2a7.jpeg&spec_id=3002&spec_gallery_id=369888&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTU1&_oak_gallery_order=561205934&_oak_mp_inf=EMOE79m31ogBGiAwYWVhOGE5MWNjMmI0NTJkOTY1NzUyN2YxZDQxNmRiZSCrz635rzM%3D&spec_ids=3002&search_key=UB8884847&refer_page_el_sn=200049&_x_sessn_id=60zqbptw4u&refer_page_name=search_result&refer_page_id=10009_1765217626571_yeit64n0uh

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251208/HarborNook-20251208181408402.pdf



**Defendant Name:** Hat Universe
**Platform:** Temu
**Seller ID:** 634418218417539
**Product ID:** 601104989629477
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/clover-baseball-cap-white-with-black-panels-embroidered-with--adjustable-size-for-birthdays-new-year-valentines--to-school-outdoor-activities--for-gifting-g-601104989629477.html?_oak_mp_inf=EKXYhMu61ogBGhZnb29kc181MHdjNzVfcmVjb21tZW5kIOL%2BhZmqMw%3D%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fad96468f-5003-4c94-8b21-b9929d322b0a.jpg&spec_gallery_id=216449677052&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=MTE1OA&_oak_gallery_order=1260455803%2C2033409188%2C531663328%2C1176751583%2C1504645978&refer_page_el_sn=200444&_x_sessn_id=c2zbu4xy8y&refer_page_name=goods&refer_page_id=10032_1763673424990_065hsramda

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251120/HatUniverse-20251120211843950.pdf



**Defendant Name:** Hats Haven
**Platform:** Temu
**Seller ID:** 634418221318912
**Product ID:** 601102040645484
**Marks Infringed:**

2400358    3417110

**Infringing Product URL:**

https://www.temu.com/mens--clover-baseball-cap-adjustable--hat-with-white-trim-lightweight-polyester--casual-outdoor-activities-holiday-gifts-fathers-day-mardi-gras-campus-casual-headwear-stylish-headgear-durable-headwear-g-601102040645484.html?_oak_mp_inf=EOz%2B7Myv1ogBGiBkNTViOWJINjU5NzE0YzQyOTk00GVlNGQ5M2NjYzBhNiCehd%2F5rzM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fccad0102055547c7befc5748a855a273-goods.jpeg&spec_gallery_id=204615888740&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjAw&_oak_gallery_order=821730508%2C1585388457%2C1937775794&search_key=RQ4474429&refer_page_el_sn=200049&_x_sessn_id=60zqbptw4u&refer_page_name=search_result&refer_page_id=10009_1765218436334_x8z8rvhmqs

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251208/HatsHaven-20251208182738794.pdf



**Defendant Name:** HENGNYA
**Platform:** Temu
**Seller ID:** 634418226912379
**Product ID:** 601104573715048
**Marks Infringed:**

2400358     3417110

**Infringing Product URL:**

https://www.temu.com/mens---t-shirt-100-cotton-breathable-short-sleeve-tee-with-white--clover-print--lettering-irish-good-luck-symbol-for-st-s-day--for-dad-husband-boyfriend-black-g-601104573715048.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fddad2791a78540af860034bf653793fe-goods.jpeg&spec_id=20832&spec_gallery_id=396124&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=MzY2&_oak_gallery_order=1327686770&_oak_mp_inf=EOik24S51ogBGhZnb29kc19wbHhrbXpfcmVjb21tZW5kIOjjnYirMw%3D%3D&spec_ids=20832&refer_page_el_sn=200444&_x_sessn_id=chkacd63og&refer_page_name=goods&refer_page_id=10032_1763906648358_beomt8jay7

**PDF Screenshot URL:**

https://sladlaw-evidence-pdf.s3.amazonaws.com/20251123/HENGNYA-20251123140608927.pdf



**Defendant Name:** HENGNYB
**Platform:** Temu
**Seller ID:** 634418226917078
**Product ID:** 601104727519655
**Marks Infringed:**

2400358    3417110


**Infringing Product URL:**
https://www.temu.com/men-s--clover-print-t-shirt-irish-good-luck-symbol-with---lettering-95--elastane-breathable-stretch-knit-fabric-regular-fit-casual--for-st-s-day-casual-attire-g-601104727519655.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F7c2a76d871fe4772bd0e812067a576e2-goods.jpeg&spec_id=20832&spec_gallery_id=409293&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=NDQ3&_oak_gallery_order=1914628915&_oak_mp_inf=EKfjhs651ogBGhZnb29kc19qOWR6aGdfcmVjb21tZW5kIJDqycOqMw%3D%3D&spec_ids=20832&refer_page_el_sn=200444&_x_sessn_id=I4ptasjw8g&refer_page_name=goods&refer_page_id=10032_1763762664576_7tvi638z5c


**PDF Screenshot URL:**
https://sladlaw-evidence-pdf.s3.amazonaws.com/20251121/HENGNYB-20251121220545957.pdf

