# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ABG-LUCKY, LLC,** | |
| *Plaintiff,* | **SEALED** |
| v. | Civil Case No. 1:25-cv-7071-SDG |
| **A Clothing Matching,** *et al.,* | |
| *Defendants.* | |

## AFFIDAVIT OF SERVICE

True and correct copies of the Complaint [Dkt. 1], Summonses [Dkt. 7], and Temporary Restraining Order [Dkt. 12], as well as notice that the Court scheduled a hearing on Plaintiff's Motion for Preliminary Injunction for January 5, 2026, at 1:00 PM ET at 75 Ted Turner Drive SW, Atlanta, Georgia 30303, Courtroom 1706 and remotely via Zoom, were served on all Defendants identified on the attached Exhibit A on December 31, 2025. As authorized by this Court [Dkt. 10], the Defendants were served by electronic means by sending the documents by electronic mail with delivery confirmation to the email addresses provided by the Marketplace(s).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2026.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Jason H. Cooper*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com

        1397 Carroll Drive
        Atlanta, Georgia 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

        ***Attorneys for Plaintiff***

**Exhibit A – Defendants Served**

| Defendant | Email |
|---|---|
| A Clothing Matching | 3273089700@qq.com |
| A unique and fascinating shop | D9613520@163.com |
| ACAMBELL3 | PriceJerry9788@outlook.com |
| Adi Art Studio | aa13959555855@126.com |
| ALGORITHMIC11 | LtheaOwne4625@outlook.com |
| ALittles | 528926637@qq.com |
| ALPINE WHOLESALE BAZ | eqe467@163.com |
| ALYGDJGC H | 17131350309@139.com |
| ANISHE | john07866607@GMAIL.COM |
| ANMAIFUSHIRM | 3422346424@qq.com |
| Apex Cloth | jiuwu3204@163.com |
| Ascending all the way | 15160288862@163.com |
| Asian embroidery | 18205143534@163.com |
| AUSSS | 13174990271@163.com |
| Awesome Selection - Little smile dress | 449032524@qq.com |
| AYOUGUO | lijingjing7347@zj.tech |
| AZY clothing | 1845879641@qq.com |
| Bella Bliss | rongrong@ilakua.com |
| Big Framed picture | 32606123@qq.com |
| Billseashop | gclljxyh@163.com |
| Bimile | 512429514@qq.com |
| Boutique hat thriving shop | 304791385@qq.com |
| Break the ice | xwx331371@163.com |
| BRIGHT BUSINESS LOGIS | lxi801@163.com |
| Brother Flathead | 490205552@qq.com |
| CapVibe Co | cap202510@163.com |
| ceice local | zjpniuniu@163.com |
| chendianchendian | 397519919@qq.com |
| Chic Horizons | 252714610@qq.com |
| ChicCurve Clothing | tm19124375978@163.com |
| ChicPrints | eprlucid@ilakua.com |
| ChicRevolution | 252714610@qq.com |
| Clothing Heat Transfer | runnavi@163.com |

| | |
|---|---|
| CNWTX local | 8340591@QQ.com |
| ColdNeon | 2324815140@qq.com |
| Colorful hat shop | 15659553151@163.com |
| Comfy Couture Studio | 1936435280@qq.com |
| Control quality | 1433979401@qq.com |
| CoolGirl Cloth Local | 1774889353@qq.com |
| Core core XieXing | Z15160288862@163.com |
| CosmoACraft | 18198644981@163.COM |
| CTRO1563shop | sej6646@outlook.com |
| Curved Moon Fashion Circle | 285534099@qq.com |
| DapperMen | 13424033050@163.com |
| DERELLY | 264548640@qq.com |
| DIY Heat Transfer custom | qimiaojiangjizhao@gmail.com |
| Dokkalfr | gou95362424@163.com |
| Donjunlio | 576468693@qq.com |
| Duo Zhao clothing | yk19070288553@163.com |
| DUSTY ANGELS | teesi001@163.com |
| E Aruru | 1244899677@qq.com |
| ERHUANGN | guotsu01@163.com |
| ert dzz | 1932142301@qq.com |
| FCJTH | 55376882@qq.com |
| FemmeAura | 252714610@qq.com |
| FIANYU | haohaikj68@163.com |
| FINEST MASTERPIECES | 3154710153@qq.com |
| Fisshshop | FudaStammer380@outlook.com |
| FLTSHIRT | 1085394256@qq.com |
| fqXccVfK | guopengyan775560@163.com |
| Full Size Fashion | dapingservice@gmail.com |
| G426442'shop | svj5625@outlook.com |
| GlamorFusion | eprlucid@ilakua.com |
| GOLDENGATE BUSINES | agec6996@outlook.com |
| GONEW | rongrong@ilakua.com |
| Great stickers | ygb17676178035@qq.com |
| GUANGYONGRUI CLOTHING | fexz745@163.com |
| GZYUQIAOBAIHUO | inxue11223333@outlook.com |

| | |
|---|---|
| Halleys Comet | 15819046681@163.com |
| HarborNook | jilangmaoy15@163.com |
| Hat Universe | shen13666043617@163.com |
| Hats Haven | BeastJesse@outlook.com |
| HENGNYA | henghuitemu@126.com |
| HENGNYB | henghuitemu@126.com |
| HipHaven | mark.dc097@hotmail.com |
| hjsfk | 1753465356@qq.com |
| hzuanyitanghua | 3317578932@qq.com |
| Indigo Imp | 18665602724@163.com |
| INQQ local | zhangsishuo@zj.tech |
| Jiang Jun Clothing | 550458645@qq.com |
| jiaoxingoushop | 2931291455@qq.com |
| JIN LAN FU ZHUANG | 413823268@qq.com |
| JIUYOU UUU | 273123352@qq.com |
| Kabang | 838455626@qq.com |
| Kindle Men | kouvwhluyzgg@outlook.com |
| kkayplanet | KKAY8631@163.com |
| LCAIZ | ynkbrmjn@outlook.com |
| Left Bank Workers Society | 370288687@qq.com |
| LegendLuxe | rongrong@ilakua.com |
| Lifestyle mens wear | 1115009050@qq.com |
| LIN YAN HUA POSTER | 15105940954@139.com |
| LINGLINGAA | 2171481041@qq.com |
| LittleBoyClothing | phoebe9y@gmail.com |
| LIU YUEE | 1030471054@qq.com |
| LJSMON | 18539962772@163.com |
| LKMD | 291614801@qq.com |
| LoSop | 3947372903@qq.com |
| Lovely Girl Cloth | linkunfa2337@163.com |
| Lush Layers | 252714610@qq.com |
| MANmanlaia | 19594852@163.com |
| Manturo | 1091418058@qq.com |
| Ming Hanxing trade | 458126753@qq.com |
| MinimalTee | 18971243963@139.com |

| Mirror Closet | hkljj20250212@163.com |
| --- | --- |
| ModaMentor | yi5921@qq.com |
| MRLINYUEHUA | 1187572147@qq.com |
| MrPotter | 185324641@qq.com |
| MrsD | 13060892590@163.com |
| Mwzfushi | 3071641602@qq.com |
| NebulaApparel | wyp9652@163.com |
| Neo Flux | NeoFlux@163.com |
| nmMdMgJI | lujinnu196647eg@163.com |
| NYFMJSC | fmjstemu@126.com |
| NYTLNGC | 13663771847@126.com |
| One Cool Guy | 18666078893@163.com |
| Orly's Dream | OrlysDream@Gmail.com |
| Outfit matching | 15915830113@163.com |
| POONBTT | 1403391341@qq.com |
| PrintPals Tee | 313597108@qq.com |
| PTDFG | gzxikemaoyi@163.com |
| QingyangAA | unaj8541@163.com |
| RetroRanger | rongrong@ilakua.com |
| RmTxfushi | wanzhi77158@163.com |
| SDRSNSWR Poster | isisvsheisjwhjwkk@163.com |
| Sexy customization local | 18673397735@163.com |
| SFYZLK | 18050550666@163.com |
| SHENGCHENJIAN CLOTHING | eaiv051@163.com |
| SheStyle Tees | 252714610@qq.com |
| Sienna you | 1257520897@qq.com |
| SleekStitch | biaobiao@teediy.com |
| Smart Studio | 296439391@qq.com |
| SN ForNook A | 3816128983@qq.com |
| SOLO GALA | Yql13256068879@163.COM |
| StylishStitch T shirts | 3969341994@qq.com |
| Sunning qi girl | 841396183@qq.com |
| Sunny handsome boy | 36300858@qq.com |
| Surpass MEN | 465838382@qq.com |
| SwiftAura | wubiao.klaus@gmail.com |

| | |
|---|---|
| TeeAluxe | 565307782@qq.com |
| Ten Cp | 214204707@qq.com |
| TH Girl Hat Shop | 1295451379@qq.com |
| Thermal transfer design | 100715628@qq.com |
| TKTX Factory | 18122430302@163.com |
| Trendsetter Hat | w11xsuperoo@163.com |
| TrendyThreadss | 252714610@qq.com |
| TUO MI HATS | 2634775342@qq.com |
| TwenfushiJIT | 13632568732@163.com |
| UFECHEI | 370811417@qq.com |
| USRMBD | 18120778204@sohu.com |
| Very Good Tshirt | 19305926651@189.cn |
| viccry | paizhao2427996@163.com |
| VintageGent | rongrong@ilakua.com |
| Vogue Pulse Studio | 2536975974@qq.com |
| vSegpjQd | zhangluji080086@163.com |
| VVTela | 3044874440@qq.com |
| Wa ha ha xi xi | 2155008599@qq.com |
| WANSON APPAREL | edwinyip32@gmail.com |
| WARDMESAM5 | nincp3504@outlook.com |
| WEI TA TWO | 975007449@qq.com |
| Why Everyone wants it | 472611658@qq.com |
| with various pulls | ZZQ999888666@163.com |
| Wonderful patch | A13143693984@163.com |
| wuzhuxi | jiangyunfushi888@163.com |
| xhuirus | xhuiru56@163.com |
| xiaofanfandedian | 516021339@qq.com |
| xiaokaixin | 516021339@qq.com |
| XuanYiFei | 412009715@qq.com |
| XUWEIBO | 401119716@qq.com |
| XYH happy | 858080042@qq.com |
| XZST | likeedison21@163.com |
| YCCL428561'shop | 252714610@qq.com |
| yifanclothes | 18296340330@139.com |
| YQSMSE | 15738592218@163.com |

| | |
|---|---|
| Yudola Trade | qianruiyu888@163.com |
| YULONG SSS | 273123352@qq.com |
| YW lady | 244379414@qq.com |
| YYX Hat | YQL17616332571@163.com |
| ZCSStyles | 1440265291@qq.com |
| ZENDXI | 3970905140@qq.com |
| Zun M | 2730937941@qq.com |
| ZUOYI AAA | 273123352@qq.com |