IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ABG-LUCKY, LLC,**<br><br>　*Plaintiff*,<br><br>v.<br><br>**A Clothing Matching,** *et al.*,<br><br>　*Defendants*. | Civil Case No. 1:25-cv-7071-SDG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ABG-LUCKY, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. Apex Cloth;
2. INQQ local;
3. Kabang;
4. LCAIZ;
5. Manturo;
6. Sunning qi girl; and
7. xhuirus.

Dated: January 30, 2026.

                                                        Respectfully submitted,
                                                        THE SLADKUS LAW GROUP

                                                        *s/ Carrie A. Hanlon*
                                                       Carrie A. Hanlon
                                                       Ga. Bar No. 289725
                                                       E-mail: carrie@sladlaw.com
                                                       Jason H. Cooper
                                                       Ga. Bar No. 778884
                                                      E-mail: jason@sladlaw.com

                                                       1397 Carroll Drive
                                                       Atlanta, Georgia 30318
                                                      Telephone: (404) 252-0900
                                                      Facsimile: (404) 252-0970

                                                       ***Attorneys for Plaintiff***