# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ABG-LUCKY, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**A Clothing Matching,** *et al.*,<br><br>*Defendants*. | Civil Case No. 1:25-cv-7071-SDG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ABG-LUCKY, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. ANMAIFUSHIRM;
2. ERHUANGN;
3. Hjsfk;
4. SDRSNSWR Poster; and
5. Wa ha ha xi xi.

Dated: February 8, 2026.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***